

## CONTAINS CONFIDENTIAL INFORMATION

# Transcript of Yulonda Wyche

**Date:** April 23, 2021
**Case:** Flores -v- Virginia Department of Corrections

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

Case 5:20-cv-00087-EKD-JCH   Document 65-1   Filed 07/30/21   Page 2 of 41   Pageid#: 850

EXHIBIT 1

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Yulonda Wyche
Conducted on April 23, 2021

1 (1 to 4)

---

**Page 1**

```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF VIRGINIA
                    HARRISONBURG DIVISION

                                      x
JOYCE FLORES,                         :
            Plaintiff,                :
                                      :
vs.                                   : No.5:20 cv 00087
                                      :
VIRGINIA DEPARTMENT OF CORRECTIONS,   :
            Defendant.                :
                                      :
                                      x

         CONTAINS CONFIDENTIAL INFORMATION


         DEPOSITION OF YULONDA WYCHE

               Conducted Virtually

               Richmond, Virginia

                April 23, 2021

                1:12 p.m. EST


Job No.:  367574
Pages:  1 77
Reported by:  Valerie Smith Green
```

---

**Page 2**

```
              APPEARANCE OF COUNSEL

Counsel for the Plaintiff
appearing remotely by videoconference:

     PAUL M. FALABELLA, ESQ.
     Butler Curwood, PLC
     140 Virginia Street, Suite 302
     Richmond, Virginia   23219
     804  648 4848
     paul@butlercurwood.com


Counsel for the Defendant
appearing remotely by videoconference:

     RONALD N. REGNERY, ESQ.
     SARAH FLYNN ROBB, ESQ.
     Office of the Attorney General of Virginia
     202 North 9th Street
     Richmond, Virginia   23219
     804  786 1109
     rregnery@oag.state.va.us
     srobb@oag.state.va.us

Also Present:

     Joyce Flores   Plaintiff

     John Woodson

     Planet Depos IT Technician
```

---

**Page 3**

```
            INDEX O  EXAMINATIONS

YULONDA WYCHE                         PAGE

Examination by Mr.  alabella:        4, 75

Examination by Mr. Regnery:          73


     PREVIOUSLY MARKED EXHIBITS RE ERENCED

NO.         DESCRIPTION              PAGE

Exhibit     Adani Security X ray Screening    7
            System Statewide Training
            (CON IDENTIAL)


            ***CON IDENTIAL***

Beginning Confidential Portion    Page 6, Line 22

Ending Confidential Portion       Page 7, Line 2


REPORTER S NOTE:  This transcript may contain quoted

material.  If so, such material is reproduced as read

or spoken.
```

---

**Page 4**

PROCEEDINGS

1:12 p.m. EST

THE COURT REPORTER:  Will counsel please stipulate that in lieu of formally swearing in the witness, the reporter will instead ask the witness to acknowledge that their testimony will be true under the penalties of perjury, that counsel will not object to the admissibility of the transcript based on proceeding in this way, and that the witness has verified that she is in fact Yulonda Wyche.

ALL COUNSEL:  (All counsel agree.)

THE COURT REPORTER:  Ms. Wyche, do you hereby acknowledge that your testimony will be true under the penalties of perjury?

THE WITNESS:  I do.

YULONDA WYCHE, having declared to provide truthful testimony, was examined and testified as follows:

EXAMINATION

CONTAINS CONFIDENTIAL INFORMATION

Transcript of Yulonda Wyche
Conducted on April 23, 2021

**5**

1  BY MR. FALABELLA:
2     Q.   Good afternoon, Ms. Wyche.  My name is
3  Paul Falabella.  I'm a lawyer in Richmond with the
4  law firm of Butler Curwood.  I represent Joyce
5  Flores in a lawsuit that she's brought in the
6  United States District Court for the Western
7  District of Virginia, Harrisonburg Division
8  alleging sex discrimination against the Virginia
9  Department of Corrections.  Do you understand I'm
10 here today in that capacity?
**11    A.   Yes, sir.**
12    Q.   Okay.  You've heard some of these
13 instructions already but I will remind you of them
14 again.  And that is it's important to give verbal
15 answers rather than head nods or gestures so that
16 our court reporter can get an accurate
17 transcription of the proceedings today.  Does that
18 make sense?
**19    A.   Yes, sir.**
20    Q.   All right.  I will ask that you let me
21 finish a question before you start your answer and
22 I will endeavor to return the courtesy.  Does that

**6**

1  make sense?
**2     A.   Yes, sir.**
3     Q.   All right.  I don't expect us to be
4  together for a long time this afternoon but if at
5  any point we need breaks that's totally fine.  I
6  just ask that we not take a break when a question
7  is pending or a series of questions that we need
8  to complete.  Does that make sense?
**9     A.   Yes, sir.**
10    Q.   Great.  Could I have your name for the
11 record?
**12    A.   Yes, Yulonda Wyche.**
13    Q.   All right.  And you've heard me say
14 this already today but I'll say it again here on
15 the record.  We have a protective order in this
16 case whereby we can designate certain information
17 as confidential not to be publically filed.  I'm
18 going to designate this question and answer under
19 the protective order.
20        (The following portion was designated
21        confidential.)
22    Q.   ███████████

**7**

**1     A.   ████████████████████**
**2  ███████████████**
3        (This concludes the confidential portion.)
4     Q.   Thank you.
5        And what is the highest level of
6  education you've obtained?
**7     A.   High school graduate, some college.**
8     Q.   Okay.  When did you graduate high
9  school?
**10    A.   1996.**
11    Q.   All right.  And what high school?
**12    A.   Jane Adams Business Career Center in**
**13 Cleveland, Ohio.**
14    Q.   And what college have you taken?
**15    A.   Alabama A&M.  I majored in business**
**16 logistics.  I also went to Southside Community**
**17 College and I got a certificate in phlebotomy.**
18    Q.   Okay.  A certificate in what?
**19    A.   Phlebotomy, phlebotomist.**
20    Q.   What's phlebotomy?  I don't know.
**21    A.   Blood drawing.  A lab tech drawing**
**22 blood.**

**8**

1     Q.   Gotcha.  Okay.  But no degree from
2  either institution?
**3     A.   Correct.**
4     Q.   When did you leave the school in
5  Alabama?
**6     A.   1999.**
7     Q.   Okay.  And when did you last take any
8  courses at Southside Community College?
**9     A.   I want to say around 2016 I believe --**
10    Q.   Okay.
**11    A.   -- approximately.**
12    Q.   Sure.  Do you have any other
13 professional license or certifications beyond a
14 driver's license?
**15    A.   I have professional certifications**
**16 through the department, yes.**
17    Q.   Okay.  What are those?
**18    A.   I have basic correctional's officer.  I**
**19 was a correctional officer in 2002.  And then I**
**20 also have institutional investigator.  I graduated**
**21 from that school in 2007.**
22    Q.   Okay.

9

1     A.    In 2008 with Virginia State Police I
2 received my VCN certification which is the
3 Virginia Criminal Network.
4     Q.    Okay.
5     A.    In 2014 I received my certified
6 corrections manager certification through ACA
7 which is the American Correctional Association.
8     Q.    Okay.
9     A.    And then in 2018 I believe I also
10 received certification from the Correctional
11 Management Institute at VCU.
12    Q.    Okay.
13    A.    In addition to that in 2016 I became a
14 certified operator through Adani.  And I believe
15 sometime in 2017 at the end towards 2017 I also
16 received certification through Adani again as a
17 certified train the trainer.
18    Q.    I'm sorry I dropped one of those words.
19 A certified what trainer?
20    A.    Train the trainer.  So I'm able to
21 train other trainers.
22    Q.    Gotcha.  Okay.  I'll back you up before

0

1 the Adani stuff.  The 2018 I caught correctional
2 but what was that certification?
3     A.    Commonwealth -- it was the Commonwealth
4 Management Institute through VCU.
5     Q.    Okay.
6     A.    It's a certification not a diploma.
7     Q.    Right.  A certification for what?
8     A.    Management.
9     Q.    Okay.  All right.  The 2016 --
10 pronounce it for me again the company Adani?
11    A.    Adani.
12    Q.    Adani.  Adani.  Okay.  The 2016 Adani
13 certification what did you do to earn that?
14    A.    I had to take a course that was
15 instructed or led by the company itself.  That was
16 during the initial installation of the equipment
17 at the facility I was currently working at.  And
18 at the time that was Greensville Correctional
19 Center.
20    Q.    Okay.  Was that an online course, an in
21 person course?  How was that --
22    A.    No.  No, it was in person.  They were

1 physically there.  It was given through PowerPoint
2 presentation.  We actually had to take a test as
3 well and then we had to go do hands-on.
4     Q.    Okay.  And how many folks at
5 Greensville got that training?
6     A.    Oh, I honestly cannot recall.  There
7 were several.
8     Q.    Okay.  More than 20 folks?
9     A.    I honestly cannot recall.
10    Q.    Okay.  More than ten folks?
11    A.    I honestly --
12          MR. REGNERY:  Asked and answered.
13          You can answer if you know.
14    A.    I don't know.
15    Q.    More than two folks?
16    A.    Yes, more than two.
17    Q.    Okay.  More than five?
18    A.    Honestly beyond that I don't -- I don't
19 know how many was in the class.
20    Q.    Okay.
21    A.    I remember it was quite a few of us.
22    Q.    Okay.  And so you were in a -- where

2

1 were you?  Were you in a classroom?
2     A.    We were in a conference room at
3 Greensville Correctional Center.
4     Q.    Okay.  And how long did the training
5 last?
6     A.    I believe it was all day.
7     Q.    Okay.  And at the time were you in the
8 institutional investigator role?
9     A.    No.
10    Q.    What role were you in?
11    A.    Lieutenant I believe.  Correctional
12 lieutenant.
13    Q.    Okay.  And what were your job duties at
14 that time?
15    A.    To oversee the operations of the shift.
16 I was a watch commander.
17    Q.    Okay.  Did you oversee the front
18 security operations?
19    A.    I did.
20    Q.    Okay.  After that training did you
21 operate the Adani machine?
22    A.    Yes, on several occasions.

CONTAINS CONFIDENTIAL INFORMATION

EXHIBIT 1

Transcript of Yulonda Wyche

Conducted on April 23, 2021

4 (13 to 16)

---

3

1    Q.    Okay.  Did you ever see folks who
2    operated the scanner?
3    **A.    Yes.**
4    Q.    Okay.  All right.  Then in 2017 there
5    was the train the trainer certification.  Was that
6    in person or online?
7    **A.    That was actually in person as well.**
8    Q.    Okay.  Where did that occur?
9    **A.    That was here in headquarters.**
10   Q.    Okay.  And here is Richmond?
11   **A.    Yes.  Sorry.**
12   Q.    Okay.  That's okay.  All right.  And
13   how long did that last?
14   **A.    That also took the entire day.**
15   Q.    Okay.  How many folks were in that
16   class?
17   **A.    Myself and the instructor.**
18   Q.    Okay.  One on one?
19   **A.    Yes.**
20   Q.    Okay.  Was -- who was the instructor?
21   **A.    Brandon Trumbo.**
22   Q.    And who does Brandon work for?

4

1    **A.    For Adani.  And I believe his**
2    **supervisor is Martin Gregorio.**
3    Q.    Okay.  Was Mr. Gregorio there?
4    **A.    He -- he came to Virginia but I don't**
5    **recall him being present through the entire**
6    **training.**
7    Q.    Okay.  Is Brandon based in Virginia or
8    out of state?
9    **A.    They are out of state.**
10   Q.    And that's Texas?
11   **A.    Yes.**
12   Q.    Okay.  Were there any materials for
13   that train the trainer training?
14   **A.    Yes.**
15   Q.    Do you still have those materials?
16   **A.    Yes.**
17   Q.    Okay.  And then you've probably heard
18   me say earlier in the day I think I know but I
19   will ask because that's the purpose of our time
20   together.  What does train the trainer mean?
21   **A.    It means I receive training and that's**
22   **enough to be able to train others on the operation**

5

1    and the use of the machine.
2    Q.    Okay.  Since 2017 when you received
3    that certification have you had occasion to train
4    others on the use of the Adani scanners?
5    **A.    Yes.**
6    Q.    Okay.  How often do you do that?
7    **A.    I've had several -- several trainings.**
8    **We currently have now 14 facilities equipped with**
9    **it and a mobile unit.  At the time in question**
10   **today there were 11 facilities that had the**
11   **equipment.  So I've offered various training that**
12   **way.  I've also assisted our academy with creating**
13   **online training which all operators take annually**
14   **as well.  And I take it annually as well.**
15   Q.    Okay.  So I know you said several or
16   numerous and I know it's hard to quantify.  But
17   have you done training -- have you given training
18   more than ten times?
19   **A.    Yes.**
20   Q.    Okay.  More than 50 times?
21   **A.    Again, I can't tell you the exact**
22   **number.**

6

1    Q.    Sure.  More than 25 times?
2    **A.    I don't have the exact number.  It's**
3    **been frequently though.**
4    Q.    Okay.  So all you know for sure is more
5    than ten?
6    **A.    Yes.**
7    Q.    Okay.  So it could be 11?
8    **A.    Or more.**
9    Q.    Okay.  All right.  So we're up to we
10   know 11 for sure.  15 or more?
11   **A.    I'm not -- I'm honestly not sure --**
12   Q.    Okay.
13   **A.    -- the exact amounts.**
14   Q.    Okay.  All right.  Are there materials
15   that you use when you are training others?
16   **A.    Yes.**
17   Q.    Okay.  Are those materials that you
18   developed or that were developed by Adani?
19   **A.    So I have a combination of both, Adani**
20   **developed materials and then there's a training**
21   **that I developed in collaboration with the**
22   **company.**

Transcript of Yulonda Wyche
Conducted on April 23, 2021

---

**7**

1    Q.    Okay.  And is that training that you
2  developed in collaboration with the company
3  specific to contraband or is that separate
4  materials we're talking about?
5    A.    **It's comprised of specific to**
6  **contraband, actual images from the machines that**
7  **we actually have.  Also we insert some information**
8  **on policy briefly just so that they know the rules**
9  **that govern the use of it as well as some**
10 **information as operation use and other information**
11 **provided by the company.**
12   Q.    Okay.  We'll probably look at them in
13 more depth a bit later on but I just want to make
14 sure I'm on the same page with you so let me show
15 you this.
16         (Document shared on screen.)
17   Q.    This has previously been marked as
18 Exhibit One.  Is this the training materials that
19 you developed in collaboration with Adani?
20   A.    **Yes.**
21   Q.    Okay.  All right.  Who at Adani helped
22 you develop these materials?

---

**8**

1    A.    **Martin Gregorio.**
2         MR. REGNERY:  Mark -- I'm sorry,
3    Paul.  I just wanted again note and I would
4    designate already but just to be safe that
5    it's been designated as confidential
6    according to the protective order so that
7    document as well as all testimony related to
8    it wish to keep that confidential.
9    Q.    Okay.  When did you develop these
10 materials?
11   A.    **I can't say the exact date, but I want**
12 **to say if I were to get close it would be towards**
13 **the end of 2018, maybe the beginning of 2019.**
14   Q.    Okay.  And then I've noticed that Jamie
15 Kidd is on these materials as well.  Did he help
16 develop them at all?
17   A.    **He did, yes.**
18   Q.    Anybody else besides Mr. Gregorio,
19 Mr. Kidd and yourself?
20   A.    **No.**
21   Q.    Okay.  What input did Mr. Gregorio
22 provide to the materials?

---

**9**

1    A.    **His input provided was based on the**
2  **radiation dosing, the amount of radiation, the**
3  **chart that you saw that tells you in comparison to**
4  **some of your outsider consumer products.  It was a**
5  **lot of the technical images that he provided.**
6    Q.    Okay.  And what was Mr. Kidd's
7  contribution?
8    A.    **Mr. Kidd was very helpful in obtaining**
9  **those images from the various machines.  He**
10 **himself was an operator as well as the time and an**
11 **investigator at the time.  So he was able to also**
12 **provide his hands-on knowledge and experience with**
13 **operating the machine.**
14   Q.    Okay.  Did you obtain any of the images
15 used in the slides?
16   A.    **Not physically obtained but, yes, I**
17 **have inserted images based upon images that was**
18 **either shown or sent to me, yes.**
19   Q.    Okay.  All right.  Any other training
20 or certification that you've received from Adani?
21   A.    **No.**
22   Q.    Okay.  Let's just back up a minute to

---

**20**

1  what your current job is.
2    A.    **Sure.  I am the statewide security**
3  **program coordinator for the department.**
4    Q.    Okay.  And what are your job duties?
5    A.    **I am involved in the security readiness**
6  **assessments, post audit staff and studies, policy**
7  **variances as well as overseer of the compliance**
8  **and use of the Adani body scanners.**
9    Q.    Okay.  And what was your position in
10 July 2019?
11   A.    **I was the statewide central visitation**
12 **and offender drug testing manager for both**
13 **institutions and community P&P as well as the**
14 **Adani body scanner compliance manager.**
15   Q.    Okay.  On the first part statewide
16 manager part what were your job duties?
17   A.    **For the visitation unit our visitation**
18 **unit is centralized unit where all applicants or**
19 **visitors wishing to apply to come visit offenders**
20 **are processed through that unit.  And I was the**
21 **manager of the staff that processed and conduct**
22 **the background checks for those visitor**

---

CONTAINS CONFIDENTIAL INFORMATION

EXHIBIT 1

6 (21 to 24)

Transcript of Yulonda Wyche
Conducted on April 23, 2021

---

**2**

1  applications.

2      Q.    And then I forget how you specifically

3  referred to it but --

4      A.    Offender drug testing.

5      Q.    Yeah.

6      A.    The offender drug testing for

7  facilities, institutions and community P&P.  I was

8  the liaison between the department and the state

9  laboratory which is DCLS.  The laboratory are the

10  ones that actually conduct the testing of the

11  samples -- the urine samples that are submitted as

12  well as the policy content.

13      Q.    All right.  And then last part was the

14  Adani --

15      A.    Compliance, yes.

16      Q.    Compliance.

17      A.    Yes.  So I was responsible for --

18  actually being the liaison again for the

19  department and the company, making sure the

20  installs and the purchases were made in accordance

21  with policy, going around the facilities checking

22  to make sure that they were operating them in

---

**22**

1  accordance with policy and the manufacturer's

2  instructions and providing training on and

3  answering any other questions, inquiries or

4  concerns.

5      Q.    Okay.  All right.  In that Adani

6  liaison role did you have any duties to review

7  scans for contraband?

8      A.    Yes.

9      Q.    Okay.  Tell me how that would work.

10  Would inquiries from all over the state come into

11  your office there in Richmond or just when you

12  were out on site you would consult?  How -- how

13  would it work?

14      A.    It was a combination of both.  If I was

15  conducting a site visit and there was something

16  someone wanted me to look at they would bring it

17  to my attention.  Also while doing the site visits

18  sometimes I will just go back and review scans to

19  see if we may or may not be missing things.  And

20  then a lot of times or the majority of the times

21  it will be scans being shown or sent to me from

22  various facilities, so all across the state.

---

**23**

1      Q.    Okay.  And when you weren't on site

2  when they were sent to you how would they be sent

3  to you?

4      A.    Majority of the time it was via e-mail.

5  There was an occasion I can recall receiving them

6  via text on my state cell phone.

7      Q.    Okay.

8      A.    Or being shown in person.

9      Q.    All right.  And so you can send images

10  directly from the Adani machine to an e-mail?

11      A.    No.  You will have to capture it via

12  picture from another device.

13      Q.    Okay.  So anything you would see would

14  be a picture of a picture?

15      A.    Yes.

16      Q.    Okay.  Is there any way to send images

17  directly from the body scanners to an e-mail?

18      A.    No because we're not -- our computers

19  are not networked.  They're not connected to the

20  network.

21      Q.    Okay.  And so I've heard that referred

22  to, and you might have heard earlier today, as a

---

**24**

1  closed system?

2      A.    Uh-huh.

3      Q.    Is that a term that you use?

4      A.    No, we don't use that term but I

5  understand it.

6      Q.    Okay.  What does that mean to you?

7      A.    Meaning that it is specific to that

8  stand-alone system and cannot go outside of it.

9      Q.    Okay.  Yeah, there's no way like --

10  well, I guess let me just ask you the direct

11  question.  Can you plug a USB drive into the

12  machine and take images off that way?

13      A.    You can plug a USB drive into the

14  machine.

15      Q.    Okay.  Have you done that?

16      A.    No.

17      Q.    Okay.  Have you ever received images

18  via a USB drive?

19      A.    Yes.

20      Q.    Okay.  All right.  In terms of what we

21  were talking about a minute ago you receiving

22  pictures of pictures.  When you received that

---

CONTAINS CONFIDENTIAL INFORMATION

Transcript of Yulonda Wyche
Conducted on April 23, 2021

7 (25 to 28)

---

25

1 you're just looking at kind of the image. Is
2 there any identification of who that image is of
3 whether it be a visitor or -- or a staff member?
4       MR. REGNERY: Just gonna note an
5    objection just to form and foundation.
6       You can answer.
7    **A.   Sometimes they will identify the name**
8 **and often times they don't.**
9    Q.   So it might -- you know, they might put
10 in the e-mail the name. But I guess on the image
11 itself is there any name?
12   **A.   Depends on how the picture was taken of**
13 **the screen.**
14   Q.   Okay. And so, you know, I haven't
15 personally seen one of these machines. Is there a
16 view of the screen that would include identifying
17 information?
18   **A.   Yes.**
19   Q.   Okay. And is there also a view of the
20 screen that would -- is there a separate screen
21 that doesn't have identifying information?
22   **A.   So we have dual screens and --**

---

26

1    Q.   Okay.
2    **A.   -- so on one side it's a full view and**
3 **it's called the working window. And on that**
4 **working window just slightly to the right of the**
5 **image is identifying information. A lot of times**
6 **though when they take the picture they may not**
7 **capture that because it's so far to the right that**
8 **you won't get -- you might possibly not get a full**
9 **image or picture of the image.**
10   Q.   Okay.
11   **A.   So they would more likely than not just**
12 **take a picture of the image itself and sometimes**
13 **that might cause the name to the right to be**
14 **missing.**
15   Q.   Gotcha. Okay. In your experience what
16 are they using to take that picture of the screen?
17   **A.   I've seen personal -- well, not**
18 **personal but state issued cell phones used as well**
19 **as cameras.**
20   Q.   Okay. And state issued cameras?
21   **A.   Yes.**
22   Q.   Okay. Would it be a violation of

---

27

1 policy if a personal cell phone was used to take
2 that picture?
3    **A.   Yes.**
4       MR. REGNERY: Note an objection to
5    form and foundation and to speculation.
6       You can answer.
7    **A.   Yes.**
8       MR. REGNERY: You can answer.
9    **A.   It is not the expectation that personal**
10 **cell phones be used.**
11      (Interruption.) (Court Reporter requests
12    clarification for the record.)
13   **A.   I said yes, it is not the expectation**
14 **that personal cell phones be used.**
15   Q.   Okay. I've heard some testimony on
16 this but obviously you're quite knowledgeable so I
17 will ask you. In terms of storing images from
18 scans my understanding is that the machines are
19 able to keep kind of a historical record of an
20 individual's scans. Is that accurate?
21   **A.   Yes.**
22   Q.   Okay. Do you know how far back that

---

28

1 historical record goes?
2    **A.   To my knowledge it's not really date**
3 **specific but it's more based upon storage. So I'm**
4 **told like maybe the system has one terabyte. So**
5 **however many images it takes to get to that**
6 **storage capacity determines when the images begin**
7 **to fall off or not. So it's not date specific.**
8    Q.   Okay. And have -- in your experience
9 have you dealt with any machines that reached the
10 terabyte or whatever the capacity is and then
11 started deleting images?
12   **A.   I can't say that. Not to my knowledge,**
13 **no.**
14   Q.   Okay. Are you aware of any storage
15 issues at the body scan machine at Augusta?
16   **A.   Yes.**
17   Q.   Okay. What's your understanding of
18 what may have happened with the storage of images
19 at Augusta?
20   **A.   I recall them having a repair needed**
21 **and then afterwards them inquiring about whether**
22 **some images could be recovered because they were**

---

Transcript of Yulonda Wyche
Conducted on April 23, 2021

---

29

1 unable to come back up once that repair was made.
2    Q.   Okay.  Do you have a recollection of
3 when that occurred?
4    A.   I want to say maybe the end of 2019.
5 It was definitely around that year though.
6    Q.   Okay.  And do you have a recollection
7 of whether all images were -- were unrecoverable
8 or only a subset of images were unrecoverable?
9    A.   I don't.
10   Q.   Okay.  Who would know?
11        MR. REGNERY:  Note an objection to
12   the extent it calls for speculation.
13        You can answer.
14   A.   I don't know.  It would have to
15 probably be someone at the facility.
16   Q.   Okay.  Is there a Adani liaison -- or
17 strike that.
18        Who's in charge of the Adani machine at
19 Augusta?
20   A.   Captain Whitt was their Adani
21 administrator.
22   Q.   Okay.  And you said was.  Is he no

---

3

1 notes on the scan or in a file associated with the
2 scan?
3    A.   Yes, the machine does have that
4 capability.
5    Q.   Okay.  To your knowledge is that
6 capability utilized at Augusta in July 2019?
7    A.   I have no knowledge.
8    Q.   Okay.  Do you know of any facilities
9 that use that capability?
10   A.   No, I have no knowledge of that.
11   Q.   Are the -- the historical records are
12 they searchable by individual?
13   A.   Yes.
14   Q.   And so if I did a search of an
15 individual, you know, what -- how would that be
16 presented to me?  What would pull up there?  Just
17 a listing of all their scans that I could click on
18 or kind of thumbnails of all the images?  What --
19 what pulls up?
20   A.   Initially an archive folder showing a
21 listing of all scans conducted on that individual
22 and then you would have to actually select the

---

30

1 longer there?
2    A.   I'm not sure if he's still there or
3 not.
4    Q.   Okay.  Do you know if he's still the
5 Adani administrator?
6    A.   Yes and Sergeant Lokey has also since
7 been trained.
8    Q.   Okay.  All right.  Again, under the
9 category I think I know but I will ask.  Does --
10 has it been your experience does the department
11 back up the body scan images, you know, externally
12 from the machine?  Meaning, you know, every month
13 we plug in a thumb drive and create a backup?
14   A.   No.
15   Q.   Okay.  Why not?
16   A.   Good question.
17        MR. REGNERY:  Objection to the
18   extent it calls for speculation.
19        You can answer if you know.
20   A.   I don't know.
21   Q.   Okay.  In the actual Adani machines
22 when a scan comes up are you able to make any

---

32

1 scan that you're interested in actually pulling up
2 and then the image will acquire on the screen.
3    Q.   Okay.  And how are those searchable?
4 Are they searchable by name or employee ID or is
5 there an altogether unique ID for the Adani
6 machines?
7    A.   By both.  You can pull it up by name or
8 employee ID number --
9    Q.   Okay.
10   A.   -- or whichever -- whatever the
11 identification number that was put into the system
12 for the individual.
13   Q.   So it could be a unique Adani number?
14   A.   No, no.  When I say whichever
15 identification because for visitors we don't use
16 EIN numbers so they use driver's license.
17   Q.   Gotcha.  Okay.  All right.  Just
18 circling back to the repair in Augusta.  Do you
19 recall what repair was needed?
20   A.   I do not.
21   Q.   Have you ever been qualified in a court
22 as an expert on reading body scan images?

---

CONTAINS CONFIDENTIAL INFORMATION

Transcript of Yulonda Wyche
Conducted on April 23, 2021

---

33

1    A.    No, not in court.
2    Q.    Okay.  When you say no, not in court
3 have you otherwise been qualified as an expert in
4 reading body scan images?
5    A.    I've testified --
6         MR. REGNERY:  Note -- note an
7 objection.  It calls for a legal opinion.
8         You can go ahead and answer.
9    A.    No, I've just testified.
10    Q.    Okay.  But as a fact witness rather
11 than an expert?
12    A.    As -- as an expert for the department,
13 yes.
14    Q.    Okay.  As an expert for the department
15 on what issue?
16    A.    On body scanner.
17    Q.    Okay.
18    A.    So I've testified in hearings.
19    Q.    In -- in --
20    A.    Grievance hearings.
21    Q.    Grievance hearings.  Okay.  All right.
22 About how many?

---

34

1    A.    Actual hearing I can recall one.
2    Q.    Okay.  And so thinking of just that one
3 I don't necessarily need to know the names, but
4 what was the subject matter that you were
5 testifying on?
6    A.    The use of the body scanners and its
7 safety.
8    Q.    Okay.  So in the -- the safety of the
9 radiation?
10    A.    Radiation safety, yes.  And then
11 privacy of the images being shown.
12    Q.    Okay.  Did that grievance hearing
13 involve contraband at all?
14    A.    No.
15    Q.    Okay.  Have you -- any of your other
16 experiences with grievances that may have not
17 resulted in testimony did any of those involve
18 contraband?
19    A.    Contraband, no.  But anomalies, yes.
20    Q.    Okay.  Tell me the difference.
21    A.    There was another one, sorry, it was a
22 federal EEO where an anomaly was present.

---

35

1    Q.    Okay.  And what was your role in that
2 situation?
3    A.    Basically to explain the training piece
4 and to also identify the anomaly to the EEO
5 investigator.
6    Q.    Okay.  Do you recall who that was?
7    A.    I do not.
8    Q.    Okay.  Do you recall what facility was
9 involved?
10    A.    Coffeewood Correctional Center.
11    Q.    All right.  And do you recall the
12 employee's allegation in that EEO case?
13    A.    Not -- not specifically, no.
14    Q.    Okay.  Was that employee terminated
15 from employment because of an anomaly in a scan?
16         MR. REGNERY:  Note an objection --
17    A.    I don't know.
18         MR. REGNERY:  -- to this testimony
19 as relevancy and also to the extent that any
20 of the information may be attorney/client
21 privileged.
22         Go ahead and answer.

---

36

1    Q.    I mean, relevancy?
2    A.    I don't know the outcome though of her
3 employment.
4    Q.    Okay.  No, I'm not asking for the
5 outcome.  I'm asking for the allegation.
6    A.    I don't know the specific allegation.
7 I don't recall it.
8    Q.    Okay.  What was the general allegation?
9         MR. REGNERY:  Objection asked and
10 answered.
11         You can answer if you know.
12    A.    I don't remember the specific
13 allegation, what the allegation actually was and I
14 don't want to miss -- misquote it.
15    Q.    Okay.  Do you recall the employee's
16 name?
17    A.    I do not.
18    Q.    Okay.  Do you recall which EEO office
19 it was?  Was it Richmond or Norfolk or Alexandria?
20    A.    I just remember it was a federal EEO
21 case.
22    Q.    Okay.  What was your interaction with

---

Case 5:20-cv-00087-EKD-JCH   Document 65-1   Filed 07/30/21   Page 11 of 41   Pageid#: 859

EXHIBIT 1

CONTAINS CONFIDENTIAL INFORMATION

Transcript of Yulonda Wyche

Conducted on April 23, 2021

10 (37 to 40)

**37**

1 the investigator?  Did you have a phone call or an
2 e-mail or how did you --
3     **A.    No, I was present during the interview.**
4     Q.    Okay.  An in-person interview?
5     **A.    Yes.**
6     Q.    Where did you go?
7     **A.    Coffeewood Correctional Center.**
8     Q.    It was at Coffeewood.  Okay.  Where is
9 Coffeewood?
10     **A.    I honestly can't remember the city.  I**
11 **apologize.**
12     Q.    What part of the state?  I just don't
13 know it.
14     **A.    It's in the central region.**
15     Q.    Okay.  All right.  And so tell me what
16 specifically were you there to tell the
17 investigator?
18     **A.    I was there to again explain the**
19 **training, provide the training and to explain the**
20 **specifics of the anomaly on the image being shown.**
21     Q.    Okay.  Was the anomaly -- strike that.
22         Was the employee a man or a woman?

**38**

1     **A.    It was a female.**
2     Q.    Okay.  Was the anomaly in her vaginal
3 area?
4     **A.    Yes, lower body cavity, yes.**
5     Q.    Okay.  And did you provide an opinion
6 to the investigator as to what the anomaly was?
7     **A.    No.**
8     Q.    Okay.  Did you have an opinion as to
9 what the anomaly was?
10     **A.    No.**
11         MR. REGNERY:  Note a continued
12 objection to the testimony.
13         You can answer if you know.
14     Q.    Was the anomaly a tampon?
15     **A.    It did not appear to have the**
16 **characteristics of a tampon, no.**
17     Q.    Okay.  Was the employee terminated from
18 employment?
19     **A.    I don't --**
20         MR. REGNERY:  Objection.
21     **A.    -- know her employment status.**
22     Q.    Okay.  Okay.  Let's look at these

**39**

1 materials.
2         (Document shared on screen.)
3     Q.    Can you see these?
4     **A.    Yes.**
5     Q.    Okay.  And we looked at them briefly
6 earlier and they are Exhibit One, but now that
7 we'll talk about them some tell us again what they
8 are.  What are these materials?
9     **A.    Oh, I'm sorry.  That's the**
10 **PowerPoint -- training PowerPoint --**
11     Q.    Okay.  That you --
12     **A.    -- that I used to train staff.**
13     Q.    Okay.  And that you helped prepare?
14     **A.    Yes.**
15     Q.    Once you -- I know Mr. Gregorio from
16 Adani contributed some information.  Once the
17 materials were completed did you send them to him
18 for review?
19     **A.    Yes, he has reviewed the PowerPoint.**
20     Q.    Okay.  Do you recall when that was?
21     **A.    I do not.**
22     Q.    Okay.  Do you recall if it was before

**40**

1 or after July 2019?
2     **A.    I do not recall when he reviewed it.**
3     Q.    I am going to show you page 47 here.
4 So these are images of visitors and employees that
5 tried to circumvent the search process.
6         This first one 48 do you have a
7 recollection of how you obtained this image?
8     **A.    I believe I — I'm not sure where I**
9 **got — I mean, it's from our machines and whether**
10 **it was one provided by Sergeant Kidd or not; I**
11 **believe that it was one provided by Sergeant Kidd.**
12     Q.    Okay.  And this at least to me appears
13 to be what we're talking about it's a picture of a
14 screen; is that right?
15     **A.    Correct.**
16     Q.    Okay.  And it could be that you do not,
17 but do you have an understanding as to who took
18 the picture of the screen?
19     **A.    No, I don't.  I don't know who took the**
20 **picture.  I cannot recall.**
21     Q.    And do you have an understanding of on
22 what device the picture of the screen was taken?

Transcript of Yulonda Wyche
Conducted on April 23, 2021

4

1    A.    No.
2    Q.    All right.  Let's look at page 42 here.
3  This is understanding what you are looking for.
4  And the third bullet point here says most
5  contraband will be concealed in the A woman
6  internal body cavity.  Did you write this third
7  bullet point?
8    A.    Yes.
9    Q.    Okay.  Had that been your experience at
10 the time when you wrote it that most contraband
11 will be concealed in the woman internal body
12 cavity?
13   A.    Yes.  This was a talking point placed
14 in here because based upon statistics and just
15 data that we had retrieved from visitors and
16 visitors who had been caught with contraband the
17 majority were women.  And then the place of
18 contraband being recovered was majorly from the
19 internal body cavity.  But I also point out that
20 it's not all.  We just say most but not all.
21   Q.    And so the genesis of this was
22 statistics specific to visitors?

42

1    A.    Yes.
2    Q.    Okay.  Did you have any statistics
3  specific to staff or contractors?
4    A.    No.
5    Q.    Okay.  Had this been your experience
6  for staff or contractors?
7    A.    I have experience with contraband being
8  recovered of both male and female, but I have not
9  actually had the numbers to determine more female
10 than male or vice versa of staff specifically.
11   Q.    Okay.  So let's look at slide 44 here.
12 Did you prepare this slide?
13   A.    Yes.
14   Q.    Okay.  What does this slide show?
15   A.    This is a slide that just shows a
16 picture of a tampon inserted and how it would
17 possibly look on the image or on a body scan.
18   Q.    Okay.  Where did you get this image?
19   A.    That one was received off the internet.
20   Q.    Okay.  Is this an Adani image?
21   A.    No.
22   Q.    Okay.  Is this a different x-ray

43

1  machine than an Adani image?
2    A.    I do not know the equipment used that
3  took the picture --
4    Q.    Okay.
5    A.    -- other than a body scanner was the
6  search that I used to get the picture.
7    Q.    Okay.  Do you recall the website you
8  got it from on the internet?
9    A.    I do not.
10   Q.    Okay.  And just so I'm clear here.  The
11 training that you're doing, the training that
12 these materials for is for Adani body image
13 scanning, right?
14   A.    Yes.
15   Q.    And this is not an Adani body scanned
16 image?
17   A.    Not that particular image, no.
18   Q.    Okay.  Again, under -- under the
19 category of I think I know the answers but I -- I
20 will ask for the record so bear with me.
21        The person in this image that we're
22 looking at do you know what brand of tampon they

44

1  were using?
2    A.    No, I do not know.
3    Q.    Okay.  Do you know if they were
4  menstruating at the time of this picture?
5    A.    No, I do not.
6    Q.    Okay.  Do you know if they were
7  experiencing a heavy flow in their menstruation at
8  the time of this picture?
9    A.    No, I do not.
10   Q.    Okay.  Do you know whether this is a
11 super absorbent tampon or not?
12   A.    No, I do not.
13   Q.    Okay.  We can look through it or if you
14 recall are there any images in these materials of
15 a person using a tampon in the Adani body scanned
16 image?
17   A.    Yes, there is.
18   Q.    Okay.  Do you know -- we can -- you
19 know, it's 126 pages.  We can flip through them.
20 Do you have an idea where that might be?
21   A.    It should be towards the end before we
22 get to images of things actually recovered.

45

1    Q.    Okay.  So you're talking about the
2  electric -- (audio distortion.)
3           (Interruption.)  (Court Reporter requests
4           clarification for the record.)
5    Q.    The electric tape one?
6    A.    No.  No.
7    Q.    Someone had wrapped electric tape in
8  a --
9    A.    No, I'm speaking of an actual tampon
10 inserted.
11   Q.    Okay.  All right.  Let's see if we can
12 find it.  So in this section of images of visitors
13 that tried to circumvent the process?
14   A.    Yes, towards the end.
15   Q.    Okay.  All right.  I'm gonna flip.
16 Obviously stop me if you see it.  We're only about
17 halfway through now.
18   A.    There.
19   Q.    Okay.  So is this the same as this one?
20   A.    Yes.
21   Q.    Okay.  So -- well, let's go with this
22 one.  So this is marked page 347.  Tell me what

46

1  your understanding of what this image shows.
2    A.    The first one will be clearer for me
3  to --
4    Q.    Okay.  Well, let's use that one.
5    A.    Okay.
6    Q.    Yeah.
7    A.    So in this image here in the lower --
8  lower body extremity you will see just a small
9  slender image vertically inserted at the bottom
10 and then behind it you'll see an oval with a knot
11 tie hanging towards the left.
12           (Interruption.)  (Court Reporter requests
13           clarification for the record.)
14   A.    Knot tie.
15   Q.    Okay.  Do you have a recollection of
16 where you received this image from?
17   A.    Yes, this was on a visitor at Sussex
18 II.  And the reason I remember is because she had
19 also made the complaint that she was wearing a
20 tampon and that's the anomaly that the operator
21 saw.
22   Q.    Okay.

47

1    A.    And so it was then that I was shown the
2  images.  And I can say yes, I do in this image see
3  a tampon but I also see an additional anomaly or
4  something that's -- I can't say tampon but that
5  has the characteristics of a tampon and then also
6  an anomaly behind it that does not have those
7  characteristics.
8    Q.    So I think I'm clear but just so I'm
9  clear.  Your read of this scan is there is both a
10 tampon and something else in the body cavity?
11   A.    No, I would say that I see two
12 anomalies.  There is one that you may can
13 reasonably say have the characteristics of a
14 tampon and then there's one that does not have the
15 characteristics, but I cannot specifically state
16 what either item is.  It's — both of them are
17 anomalies.
18   Q.    Okay.  Okay.  And this incident at
19 Sussex II were you involved in it at all at the
20 time that it occurred?
21   A.    No, I was not present.
22   Q.    Okay.  Do you know the result of this

48

1  incident at Sussex II?
2    A.    I do not.
3    Q.    Okay.  How did you come into possession
4  of this image?
5    A.    I want to say an investigator sent me
6  the image to look at it.
7    Q.    Okay.  And -- well, strike that.
8           Did the investigator send it to you
9  during an active investigation or after the fact?
10   A.    I don't know the particulars.
11   Q.    When was it that they sent this to you?
12   A.    I cannot think of the -- recall the
13 exact date to be honest.
14   Q.    Okay.  When you do your training and
15 are on this slide what are you telling folks?
16   A.    I'm letting them know first do they
17 notice the anomaly because we ask them to identify
18 it; to go up to the screen and tell us what they
19 think or where they think the anomaly is.
20           And once that's done then we've also
21 pointed out that there were two anomalies, but the
22 one that we were more so concerned with was

**Page 49**

1 actually the one behind the back with the knot
2 tie.
3         Because again, we remind them to think
4 about how contraband that has been recovered how
5 it's been packaged.  It's either in balloons,
6 they're in cellophane.  Some of the consistent
7 characteristics have been knot ties or strings or
8 tape.  So always think about the way things are --
9 have been packaged when you're reviewing scans.
10     Q.    Okay.  And so of course I'm -- you
11 know, don't have your experience.  But tell me
12 again where the knot tie you're -- or what appears
13 to be a knot tie that you are talking about is.
14     A.    So the image is facing me so it's on my
15 left.
16     Q.    Yeah.
17     A.    Yes.
18     Q.    This here?
19     A.    It has a little slight overhang right
20 there, yes.
21     Q.    Okay.
22     A.    And so you see it's a little bit tight

**Page 50**

1 and then it has that slight overhang?
2     Q.    Yeah.
3     A.    On the top of the oval, yes.  So it has
4 the appearance of a possible tie.
5     Q.    Okay.  So, I mean, I clearly see this
6 kind of horizontal object --
7     A.    Yes.
8     Q.    -- and what you're referring to as a
9 knot tie.
10     A.    Yes.
11     Q.    The other object or other anomaly that
12 you're referring to is that the vertical dark
13 thing here?
14     A.    Yes.
15     Q.    Okay.  Okay.  And I may have asked you
16 this so forgive me.  But do you recall the end
17 result of this scan?
18     A.    I do not.  It was -- it was a visitor.
19 That I recall.  And I do recall that the visitor
20 had inquired so I believe that she was temporarily
21 suspended, but I do not know the outcome.
22     Q.    Okay.  Do you know if a strip search

**Page 51**

1 was conducted?
2     A.    I do not.
3     Q.    And do you know if any other search of
4 her person was conducted?
5     A.    I do not.
6     Q.    Do you know if she was questioned?
7     A.    I do not.
8     Q.    And do you know if any contraband was
9 recovered from her?
10     A.    I do not.
11     Q.    Well, so and -- and so just so we're
12 clear then.  This could have been a perfectly
13 normal scan?  There could have been --
14         MR. REGNERY:  It's --
15     Q.    Strike the question.  Strike the
16 question.
17         Just so we're clear here.  There could
18 have been no contraband in her body cavity?
19         MR. REGNERY:  Objection to the
20     extent it calls for speculation.  Also asked
21     and answered as to the images.
22         You can answer.

**Page 52**

1     A.    There is an anomaly present meaning not
2 a part of the normal human anatomy.
3     Q.    You can say that for sure?
4     A.    Clearly.
5     Q.    Okay.  But you don't know for sure what
6 the anomaly or anomalies are?
7     A.    Correct.
8         MR. REGNERY:  Same objection.
9         You can answer.
10     Q.    Okay.  So one or both could be a
11 tampon?
12         MR. REGNERY:  Same objection.
13         You can answer.
14     A.    No.  One or both -- they are -- both
15 are anomalies.  One definitely does not have any
16 characteristics similar to a tampon.
17     Q.    Right.  But I understood your testimony
18 to be you don't know what the anomalies were?
19     A.    Specifically we don't, correct.
20     Q.    Okay.  All right.  So this is helpful.
21         This is just for the record page
22 V-D-O-C 346.  Let's look at 347.  And just tell me

CONTAINS CONFIDENTIAL INFORMATION

Transcript of Yulonda Wyche
Conducted on April 23, 2021

14 (53 to 56)

---

53

1  this is -- is this just the same image as we just
2  looked at just a different focus?
3      **A.    It's the exact same image and as you**
4  **see we're outlining where the oval is and what**
5  **appears to look like some sort of tie -- knot tie.**
6      Q.    Okay.  And so in this image on 347
7  you've only circled in red one of the two
8  anomalies; is that correct?
9      **A.    Yes, correct.**
10     Q.    Okay.
11         MR. REGNERY:  I'm gonna note an
12  objection.  That's not what I'm seeing on the
13  screen but I'll just note an objection --
14     Q.    Okay.
15         MR. REGNERY:  -- to the extent it
16  mischaracterizes the image.
17     Q.    Okay.  That is helpful.
18         Are there to your knowledge any other
19  images of tampons by Adani scanners in this set of
20  slides?
21     **A.    There are other images in the slides**
22  **that have similar characteristics meaning in the**

---

54

1  **shape of, yes.**
2      Q.    In the shape of tampons?
3      **A.    In the shape of but again we can't**
4  **positively say that yes, that's what it is or no,**
5  **that's not what it is.**
6      Q.    Okay.  Well --
7      **A.    In some instances where those that have**
8  **the shape of it came about that they actually know**
9  **it was not what it was.**
10     Q.    Okay.  And so that -- again, I may just
11  be wrong again, but is that the electric tape
12  situation?
13     **A.    Yes, that's one of them, yes.**
14     Q.    Okay.  So let's look at that.  I think
15  that's towards the end as well.  Okay.  So this is
16  the electric tape thing I'm thinking of.  Is that
17  what you're thinking of?
18     **A.    That's one.  There's another.**
19     Q.    Okay.  So let's see.  Let's first look
20  at this slide.  Let's first look at this slide
21  that is V-D-O-C 353.  And this appears to reflect
22  what was recovered; is that right?

---

55

1      **A.    Yes.**
2      Q.    Okay.  And so my -- well, what this
3  says here it says strip search revealed the
4  alleged tampon was toilet paper wrapped in black
5  electric tape.  So what was recovered was not
6  actually a tampon; is that right?
7      **A.    Yes.**
8         MR. REGNERY:  Note an objection to
9      the characterization of what's written above,
10     but you can answer.
11     **A.    Yes, the picture shows what was**
12  **actually recovered which was toilet paper wrapped**
13  **in electrical tape showing some of the**
14  **characteristics --**
15     Q.    Okay.
16     **A.    -- and what was alleged to be a tampon.**
17     Q.    Okay.  Were you personally involved in
18  this situation November 2018 at Greensville?
19     **A.    No.**
20     Q.    Okay.  How did you get these images
21  here on this slide?
22     **A.    From the investigator.**

---

56

1      Q.    Okay.  Do you recall who that was?
2      **A.    Sergeant Kidd.**
3      Q.    Okay.  And then is this next slide the
4  body scan image --
5      **A.    Yes.**
6      Q.    -- from the contraband we just looked
7  at?
8      **A.    Yes.**
9      Q.    Okay.  Is this an Adani body scan
10  image?
11     **A.    Yes.**
12     Q.    Okay.  And then again I guess I know
13  but I will ask.  How did you obtain this body scan
14  image for -- to put in the slides?
15     **A.    Sergeant Kidd provided it.**
16     Q.    Okay.  And so then let's zoom in here
17  and you tell me what you see.
18     **A.    So you do see a similar in shape image**
19  **and it's sort of protruding at the bottom, yes, of**
20  **the pelvic area but it's very, very light which**
21  **kind of tells us based upon density sometimes**
22  **things show up darker or lighter on the screen.**

---

CONTAINS CONFIDENTIAL INFORMATION

Transcript of Yulonda Wyche
Conducted on April 23, 2021

15 (57 to 60)

---

**57**

1    Q.    And so what does the lightness here
2 tell you?
3    **A.    That the item is not as dense.**
4    Q.    Not as dense as what?
5    **A.    As some things are.  Some things are —**
6 **you know, material is some things are denser than**
7 **others but it doesn't — that's all it says.**
8 **Based on the density whether it's darker or**
9 **lighter there's different settings on the machine**
10 **that will bring things more to light or not.**
11    Q.    Okay.  And so if you know or from your
12 training having seen this scan, this image what
13 would trigger follow-up investigation?
14    **A.    It does not appear to be a normal part**
15 **of the human anatomy.**
16    Q.    Okay.  Is a tampon a normal part of the
17 human anatomy?
18    **A.    It is not.**
19    Q.    Is a tampon an anomaly?
20    **A.    It could be considered such.**
21    Q.    Okay.  Does every anomaly require an
22 investigation?

**58**

1    **A.    To question, yes.  To ask questions,**
2 **yes.**
3    Q.    So I'm just trying, you know, to
4 understand and I'm gonna ask an inartful question
5 that Ron will object to.  But are you saying that
6 every time a body scan CO sees a tampon they
7 should investigate?
8    **A.    No.**
9        MR. REGNERY:  Note an objection.
10 Calls for speculation, but you can answer.
11    **A.    No, that's not what I'm saying.**
12    Q.    Okay.  So I'm just trying to kind of
13 work through it sequentially that a tampon is an
14 anomaly.  How do you know — how do you know when
15 to do a follow-up investigation or not?
16    **A.    If — if an anomaly is present that**
17 **would reasonably cause you to believe that it is**
18 **an anomaly then you should definitely ask**
19 **questions.**
20    Q.    Okay.
21    **A.    And there are other steps according to**
22 **policy that you must take.**

**59**

1    Q.    Okay.  Is a tampon an anomaly?
2        MR. REGNERY:  Objection asked and
3 answered and also to the extent it calls for
4 speculation.
5        You can — you can answer.
6    **A.    Specifically if you know that it's a**
7 **tampon, no, it's not an anomaly.  An anomaly is**
8 **something — an unknown object.  So if I know that**
9 **it's a tampon then, no, it's not an anomaly.**
10    Q.    Okay.  How would you know whether or
11 not it's a tampon?
12    **A.    It will be hard to say without**
13 **certainty, but again things that have**
14 **characteristics of a tampon or don't have then you**
15 **can reasonably rule out that that is not one.**
16    Q.    Okay.  In these training materials is
17 there any baseline slide of here's what a
18 tampon — just a normal tampon looks like on an
19 Adani scan?
20    **A.    No, this image that you showed earlier**
21 **is a baseline saying here's what a tampon looks**
22 **like on body scanner.**

**60**

1    Q.    But you don't know for sure that that's
2 a body scanner in that image we looked at?
3        MR. REGNERY:  Objection asked and
4 answered.
5        You can answer.
6    Q.    The question again is you don't know
7 for sure that that's a body scanner in that first
8 image we looked at?
9    **A.    I know that the image was identified as**
10 **a body scanner image.**
11    Q.    On Google?
12    **A.    Yes.**
13        MR. REGNERY:  Objection asked and
14 answered.
15        You can respond.
16        MR. FALABELLA:  Okay.  Okay.  Okay.
17 Let's take a break here.  I don't have a
18 whole lot more but probably a bit more.  So
19 let's take a ten minute break if that works
20 for everyone and come back at 2:29.
21        MR. REGNERY:  Okay.  That works.
22        (Recess.)

6

1  BY MR. FALABELLA:
2      Q.   All right.  We are back on the record.
3           I'm going to bring Exhibit One back up
4  here.
5           (Document shared on screen.)
6      Q.   And we were talking about other slides
7  in your materials that reflected tampon like
8  anomalies from Adani scans and we've looked at two
9  different examples.  Are there any others in the
10 material?
11     **A.   Not that I can -- yes, there's another.**
12     Q.   Okay.  Let's see if we can find it.  Do
13 you know if it's towards the end?
14     **A.   It would be in -- it's still in this**
15 **section so just continue on.**
16     Q.   Let me scan out a little bit.
17     **A.   That one.**
18     Q.   This one?
19     **A.   Yes.**
20     Q.   Okay.  Does this one have an
21 accompanying body scan image?
22     **A.   It does not.**

62

1      Q.   Okay.  So I guess tell me what's
2  described here.
3      **A.   So here again you see an item that was**
4  **recovered that is cylinder in shape, has some of**
5  **the characteristics but not all, smaller in size**
6  **but inside of it was 676 Suboxone strips along**
7  **with heroin that was recovered at Augusta**
8  **Correctional Center and was actually one of our**
9  **largest drug busts in visitation for our history.**
10     Q.   And for the record we are on V-D-O-C
11 360.  When did this happen at Augusta?
12     **A.   Was in March of 2019.**
13     Q.   Okay.  Were you directly involved in
14 this situation?
15     **A.   No.**
16     Q.   Okay.  And this appears to be, but
17 correct me if I'm wrong, is this a snippet from
18 Virginia Department of Corrections Facebook or --
19     **A.   Yes.**
20     Q.   -- social media page?
21     **A.   Our social media page, yes.**
22     Q.   Okay.  And you do -- we do not have the

63

1  scan associated with this incident; is that right?
2      **A.   Correct.**
3      Q.   Okay.  All right.  Any other -- I'm
4  looking for again specific Adani scans of tampons
5  or Adani scans of anomalies with tampon like
6  characteristics.
7      **A.   That is all.**
8      Q.   Okay.  All right.  The cell phone one
9  is my favorite by far.
10          Okay.  All right.  You had briefly
11 mentioned when we were looking at these scans the
12 protocol when an anomaly is detected.  Tell me
13 what that protocol is.
14     **A.   So an anomaly is detected.  Staff is**
15 **then to contact a supervisor or a higher**
16 **experienced operator for confirmation or to confer**
17 **with that the anomaly is agreed upon.  The**
18 **individual is to then have a seat and remain under**
19 **constant supervision and permission is then given**
20 **to have the individual ran on a higher setting and**
21 **preferably a dual setting so that you can get yet**
22 **a clear or a different angle of the -- of the**

64

1  **picture -- or the image -- or the anomaly.  They**
2  **also are advised to do comparison photos of**
3  **previous scans.**
4      Q.   Okay.  Previous scans of that person?
5      **A.   Correct.**
6      Q.   Okay.  Would this protocol apply to
7  staff or contractors as well?
8      **A.   Yes, to all individuals ran through the**
9  **scanner.**
10     Q.   All right.  And then you gave me two
11 somewhat technical terms here.  Ran at a dual
12 setting.  What is that?
13     **A.   It's a higher setting, gives you upper**
14 **close picture of the lower cavity.**
15     Q.   Okay.  And then this could be
16 self-explanatory but you also said ran at a higher
17 setting.  What's a higher setting?
18     **A.   It's a higher setting.  They start at**
19 **low.  All individuals are ran at low and going to**
20 **dual is a higher setting than low.**
21     Q.   Just low what?
22     **A.   Low dosage.  Low, medium, high**

65

1 settings.
2    Q.    And low dosage of radiation?
3    A.    It's the lowest dosage, yes.
4    Q.    Okay.  And what does -- what affect
5 does increasing the dosage of radiation have on
6 the images generated?
7    A.    The only affect it could possibly have
8 is the penetration for density.
9    Q.    Okay.  We've seen some scans in the
10 material that we -- we just looked at where the
11 image is gray scale or black and white and then
12 we've seen some images with some coloration.  Are
13 those coloration images reflective of increased --
14 reflective of a dual setting?
15    A.    No, the colorations is just another
16 view.
17    Q.    Okay.  So those are not necessarily a
18 scan taken with a higher dosage?
19    A.    No.
20    Q.    Okay.  All right.  So once those steps
21 have been taken, contact the supervisor,
22 confirmation, you know, set the individual aside

66

1 and run at a higher setting if possible what
2 happens next in the protocol?
3    A.    If there is a K9 present they would
4 utilize them to search the person and/or the
5 vehicle.  But what happens next is also consulted
6 upon with the facility unit head.
7    Q.    And is that the warden?
8    A.    Yes.
9    Q.    Okay.  All right.  Okay.  Is that
10 protocol written down anywhere?
11    A.    Within our policy, yes.
12    Q.    Do you know what policy it is?
13    A.    It's in our search policy.
14    Q.    Okay.  In a search -- a standard
15 operating procedure?
16    A.    Yes.
17    Q.    Okay.  Do you recall what number it is?
18    A.    It's in my presentation.
19    Q.    Okay.  Would it be --
20    A.    445.1.
21    Q.    Got it.  Okay.  Okay.  All right.
22 Let's talk about Joyce Flores for a bit who as I

67

1 said at the outset is -- is who I represent in
2 this matter.
3         When did you first become aware of
4 Joyce Flores?
5    A.    By name I can't recall the exact date,
6 but by way of complaint being made.
7    Q.    Okay.  A complaint being made where?
8    A.    For her body image with the scan.
9    Q.    Okay.  But I'm asking -- well, a
10 complaint made to whom?
11    A.    To the department.
12    Q.    Okay.  By Joyce Flores?
13    A.    To my knowledge that's when I first
14 heard of her name, yes.
15    Q.    Okay.  And again, we just may be mixing
16 things up here, but are you saying -- when you say
17 complaint do you mean a lawsuit or do you mean a
18 call to the warden?
19    A.    A concern and not -- not -- I don't
20 have the particulars.  I just recall seeing her
21 name being mentioned in review of asking me about
22 the scans because of a concern that she expressed.

68

1 And I don't recall exactly but I believe it was
2 EEO here the department.
3    Q.    Okay.  And was that the HR manager that
4 reached out to you?
5    A.    Yes.
6    Q.    Okay.  All right.  All right.  You
7 heard the warden testify earlier today about a
8 conversation he had where he showed you some
9 images.  Do you remember that conversation with
10 Warden Woodson?
11    A.    I do.
12    Q.    Okay.  Tell me what you remember of it.
13 Where was it?
14    A.    We were at a hearing in Staunton and I
15 recall him showing me his telephone -- images on
16 his phone.
17    Q.    Okay.  Do you remember how many images
18 he showed you?
19    A.    Two.
20    Q.    Two.
21         Okay.  And did both of the images --
22 strike that.

CONTAINS CONFIDENTIAL INFORMATION

Transcript of Yulonda Wyche
Conducted on April 23, 2021

18 (69 to 72)

**Page 69**

1        Did -- what did the images appear to be
2 to you?
3     **A.    An anomaly of some sort in the lower**
4 **body cavity.**
5     Q.    In both images?
6     **A.    Yes.**
7     Q.    Okay.  What did the warden tell you
8 when he was showing you these images?
9     **A.    I honestly don't recall the**
10 **conversation verbatim.**
11    Q.    Okay.
12    **A.    I just recall him asking me to look at**
13 **them and what did I think about it.**
14    Q.    Okay.  And what did you tell him?
15    **A.    That I do believe that there's an**
16 **anomaly present and that it had characteristics of**
17 **those based on my training it signified some type**
18 **of contraband.  It appeared it was oval in shape,**
19 **there appeared to be a knot tie and then there was**
20 **a string on it going upward.**
21    Q.    Okay.
22    **A.    And the position of it in the lower**

**Page 70**

1 body cavity --
2     Q.    Okay.
3     **A.    -- it was inserted.**
4     Q.    All right.  And what did he say to
5 that?
6     **A.    I don't recall what his comment was**
7 **afterwards.**
8     Q.    Okay.
9     **A.    I believe he said okay.**
10    Q.    All right.  Did he tell you any of the
11 circumstances of the situation?
12    **A.    No.**
13    Q.    Okay.  It was just here's an image,
14 what's your opinion?
15    **A.    Yes.**
16    Q.    Okay.  How did he show you --
17        MR. REGNERY:  I'm sorry, Paul.  I
18    was on mute.  I'm just gonna object to asked
19    and answered and to the characterization of
20    the response, but she can answer.  I'm sorry
21    my mute was on.
22    Q.    And how did he show you the images?

**Page 71**

1     **A.    On his cell phone.**
2     Q.    Okay.  Did he tell you that the person
3 in the images was let -- was allowed to proceed to
4 her workstation and work for two hours after the
5 image was taken?
6     **A.    No.**
7     Q.    Okay.  Would that be consistent with
8 protocol?
9     **A.    No.**
10    Q.    Okay.  Did you provide any
11 recommendation to Warden Woodson when you saw the
12 images?
13    **A.    No.**
14    Q.    Okay.  After you saw the images did you
15 in turn consult with anyone regarding the images?
16    **A.    No.**
17    Q.    After you saw the images on his phone
18 did he subsequently send them to you in any other
19 form?
20    **A.    No.**
21    Q.    Okay.  Did he tell you that it was a
22 staff member and not a visitor?

**Page 72**

1     **A.    I don't recall that he did or didn't.**
2     Q.    Okay.  Did he tell you if he was trying
3 to make a decision or not?
4     **A.    Not that I recall, no.**
5     Q.    I guess why was he showing them to you
6 then?
7     **A.    For my --**
8        MR. REGNERY:  Objection to the
9    extent it calls for speculation.
10        You can answer.
11    **A.    He just showed me the images and asked**
12 **me what did I think about them.**
13    Q.    Okay.  You probably heard him testify
14 that he showed Mr. Robinson as well.  Were you
15 present when he showed Mr. Robinson the images?
16    **A.    I cannot remember exactly.**
17    Q.    Okay.  Was Mr. Robinson to your
18 recollection at that same meeting in Staunton?
19    **A.    Yes, he was.**
20        MR. FALABELLA:  Okay.  I do not
21    have any further questions for you but
22    Mr. Regnery may or may not.

CONTAINS CONFIDENTIAL INFORMATION
EXHIBIT 1
Transcript of Yulonda Wyche
Conducted on April 23, 2021

---

**73**

1        MR. REGNERY:  Paul, I know we just
2   took a break.  Why don t we take about a ten
3   to 15 minute break and look over my notes and
4   then we ll go back on maybe at 3:00.
5        MR. FALABELLA:  Whatever you need,
6   Ron.
7        MR. REGNERY:  Okay.  Thanks.
8   (Recess.)
9        EXAMINATION
10 BY MR. REGNERY:
11  Q.   All right.  Ms. Wyche, I have a couple
12 of follow-up questions.  I want to make sure I m
13 not on mute again.
14      It s not your testimony here today that
15 every tampon that -- that comes up on one of the
16 body scanners is an anomaly; is that correct?
**17  A.   Yes.**
18        MR. FALABELLA:  Objection to form.
19  Q.   And not every female that goes through
20 a scanner wearing a tampon is stopped or
21 questioned or searched.  Is that your
22 understanding?

---

**74**

**1   A.   Correct.  No, not every female.**
2   Q.   Okay.  But based on your experience and
3   the information that's provided to you females
4   will often use the vaginal area to try to smuggle
5   in contraband in a facility; is that correct?
6        MR. FALABELLA:  Objection to form.
**7   A.   Yes, that's correct.**
8   Q.   And in fact it's not uncommon for them
9   to do so, correct?
10        MR. FALABELLA:  Objection to form.
**11  A.   Correct.**
12  Q.   And the training that you provide that
13 we've talked about and has been discussed here, I
14 think it was Exhibit One, the goal or the aim of
15 that is to provide guidance to correctional
16 employees on what to look for that could be
17 characteristics of contraband, correct?
**18  A.   Yes, that's correct.**
19  Q.   And -- and I think you gave some
20 examples of that and -- and that being how an item
21 is packaged, for example, how it may appear to
22 have a tie on it or it may be a certain shape or

---

**75**

1   things of that nature that are characteristics
2   typically of contraband?
**3   A.   Yes, correct.**
4   Q.   And -- and they're trained on that so
5   then they -- when they see that they then are to
6   take next steps, whatever they may be, to further
7   investigate the issue; is that correct?
**8   A.   Yes.**
9        MR. REGNERY:  I have nothing
10    further.
11        FURTHER EXAMINATION
12 BY MR. FALABELLA:
13  Q.   The first step should be stopping the
14 individual with the anomaly at the scan location;
15 is that right?
**16  A.   Yes.**
17        MR. FALABELLA:  No further
18    questions.
19        MR. REGNERY:  I think we're good.
20    I'm just double-checking.  I don't think that
21    triggers anything.  I think that's good.  I
22    have nothing further.

---

**76**

1        If -- if we could if you can just
2   explain to the witness between reading and
3   waiving.
4        (Discussion off the record regarding
5        reading/waiving.)
6        (Whereupon, at 3:13 p.m., the taking of
7   the instant remote videoconference deposition ceased.)
8        (Whereupon, the reading and signing by the
9   witness to the remote videoconference deposition is
10 hereby reserved.)

---

77

1          CERTIFICATE OF REPORTER
2
3  STATE OF NORTH CAROLINA  )
   COUNTY OF WAKE           )
4
5        I, VALERIE SMITH GREEN, the reporter by
6  whom the foregoing deposition was taken, do hereby
7  certify that the witness whose testimony appears in
8  the forgoing deposition was duly identified and
9  testified under penalties of perjury; that the
10 testimony of said witness was taken by me to the
11 best of my ability and thereafter reduced to
12 typewriting under my direction; that I am neither
13 counsel for, related to, nor employed by any of the
14 parties to the action in which this deposition was
15 taken, and further that I am not a relative or
16 employee of any attorney or counsel employed by the
17 parties thereto, nor financially or otherwise
18 interested in the outcome of the action.
19       This, the 6th day of May, 2021.
20
21
22       VALERIE SMITH GREEN - REPORTER
         Notary Public #19981560010

VALERIE SMITH GREEN
Notary Public - North Carolina
Wake County
My Commission Expires Jan 18, 2023

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Yulonda Wyche
Conducted on April 23, 2021                    21

| A |
|---|

**a&m**
7: 5
**ability**
77: 2
**able**
9:20,   4:22,
 9:  , 27: 9,
30:22
**about**
 7:4, 24:2 ,
28:2 , 33:22,
39:7, 40: 3,
45: , 45: 6,
49:4, 49:8,
49: 3, 54:8,
6 :6, 66:22,
67:2 , 68:7,
69: 3, 72: 2,
73:2, 74: 3
**above**
55:9
**absorbent**
44:
**aca**
9:6
**academy**

**accompanying**
6 :2
**accordance**
2 :20, 22:
**according**
 8:6, 58:2
**accurate**
5: 6, 27:20
**acknowledge**
4:6, 4: 5
**acquire**
32:2
**across**
22:22
**action**
77: 5, 77: 9
**active**
48:9
**actual**
 7:6, 30:2 ,

34: , 45:9
**actually**
  :2,  3:7,
 7:7, 2 : 0,
2 : 8, 3 :22,
32: , 36: 3,
42:9, 44:22,
49: , 54:8,
55:6, 55: 2,
62:8
**adams**
7: 2
**adani**
3:8, 9: 4,
9: 6,  0: ,
 0: 0,  0: ,
 0: 2,  2:2 ,
4: ,  5:4,
 6: 8,  6: 9,
 7: 9,  7:2 ,
 9:20, 20:8,
20: 4, 2 : 4,
22:5, 23: 0,
29: 6, 29: 8,
29:20, 30:5,
30:2 , 32:5,
32: 3, 39: 6,
42:20, 43: ,
43: 2, 43: 5,
44: 5, 53: 9,
56:9, 59: 9,
6 :8, 63:4, 63:5
**addition**
9: 3
**additional**
47:3
**address**
6:22
**administrator**
29:2 , 30:5
**admissibility**
4:9
**advised**
64:2
**affect**
65:4, 65:7
**after**
 2:20, 40: ,

48:9, 7 :4,
7 : 4, 7 : 7
**afternoon**
5:2, 6:4
**afterwards**
28:2 , 70:7
**again**
5: 4, 6: 4,
9: 6,  0: 0,
 5:2 ,  8:3,
2 : 8, 30:8,
37: 8, 39:7,
43: 8, 49:3,
49: 2, 54:3,
54: 0, 54: ,
56: 2, 59: 3,
60:6, 62:3,
63:4, 67: 5,
73: 3
**against**
5:8
**ago**
24:2
**agree**
4: 3
**agreed**
63: 7
**ahead**
33:8, 35:22
**aim**
74: 4
**alabama**
7: 5, 8:5
**alexandria**
36: 9
**all**
4: 3, 5:20,
6:3, 6: 3, 7: ,
 0:9,  2:6,
3:4,  3: 2,
5: 3,  6:4,
6:9,  6: 4,
7:2 ,  8:7,
8: 6,  9: 9,
20: 8, 2 : 3,
22:5, 22: 0,
22:22, 23:9,
24:20, 29:7,

30:8, 3 : 7,
3 : 8, 3 :2 ,
32: 7, 33:2 ,
34: 3, 35: ,
37: 5, 4 :2,
4 :20, 45: ,
45: 5, 47: 9,
52:20, 57:7,
6 :2, 62:5,
63:3, 63:7,
63:8, 63: 0,
64:8, 64: 0,
64: 9, 65:20,
66:9, 66:2 ,
68:6, 70:4,
70: 0, 73:
**allegation**
35: 2, 36:5,
36:6, 36:8,
36: 3
**alleged**
55:4, 55: 6
**alleging**
5:8
**allowed**
7 :3
**along**
62:6
**already**
5: 3, 6: 4,
 8:4
**also**
2:25, 7: 6,
8:20, 9:9, 9: 5,
 3: 4,  5: 2,
7:7,  9: ,
22: 7, 25: 9,
30:6, 35:4,
35: 9, 4 : 9,
46: 9, 47:3,
47:5, 48:20,
5 :20, 59:3,
64:2, 64: 6,
66:5
**altogether**
32:5
**always**
49:8

CONTAINS CONFIDENTIAL INFORMATION                    EXHIBIT 1
Transcript of Yulonda Wyche
Conducted on April 23, 2021                                    22

american
9:7
amount
 9:2
amounts
 6: 3
anatomy
52:2, 57: 5,
57: 7
angle
63:22
annually
 5: 3,   5: 4
anomalies
34: 9, 47: 2,
47: 7, 48:2 ,
52:6, 52: 5,
52: 8, 53:8,
6 :8, 63:5
anomaly
34:22, 35:4,
35: 5, 37:20,
37:2 , 38:2,
38:6, 38:9,
38: 4, 46:20,
47:3, 47:6,
48: 7, 48: 9,
50:   , 52: ,
52:6, 57: 9,
57:2 , 58: 4,
58: 6, 58: 8,
59: , 59:7,
59:9, 63: 2,
63: 4, 63: 7,
64: , 69:3,
69: 6, 73: 6,
75: 4
another
23: 2, 34:2 ,
54: 8, 6 :  ,
65: 5
answer
5:2 , 6: 8,
  : 3, 25:6,
27:6, 27:8,
29: 3, 30: 9,
33:8, 35:22,
36:   , 38: 3,

5 :22, 52:9,
52: 3, 55: 0,
58: 0, 59:5,
60:5, 70:20,
72: 0
answered
  : 2, 36: 0,
5 :2 , 59:3,
60:4, 60: 4,
70: 9
answering
22:3
answers
5: 5, 43: 9
any
6:5, 8:7, 8: 2,
 4: 2,  9: 4,
 9: 9, 22:3,
22:6, 23: 6,
25:2, 25:  ,
28:9, 28: 4,
30:22, 3 :8,
34: 5, 34: 7,
35: 9, 42:2,
44: 4, 5 :3,
5 :8, 52: 5,
53: 8, 59: 7,
6 :9, 63:3,
70: 0, 7 : 0,
7 : 8, 72:2 ,
77: 4, 77: 7
anybody
 8: 8
anyone
7 : 5
anything
23: 3, 75:2
anywhere
66: 0
apologize
37:
appear
38: 5, 57: 4,
69: , 74:2
appearance
2: , 50:4
appeared
69: 8, 69: 9

appearing
2:4, 2: 4
appears
40: 2, 49: 2,
53:5, 54:2 ,
62: 6, 77:8
applicants
20: 8
applications
2 :
apply
20: 9, 64:6
approximately
8:
april
  :24
archive
3 :20
area
38:3, 56:20,
74:4
around
8:9, 2 :2 ,
29:5
aside
65:22
asked
  : 2, 36:9,
50: 5, 5 :20,
59:2, 60:3,
60: 3, 70: 8,
72:
asking
36:4, 36:5,
67:9, 67:2 ,
69: 2
assessments
20:6
assisted
 5: 2
associated
3 : , 63:
association
9:7
attention
22: 7
attorney
2: 8, 35:20,

77: 7
audio
45:2
audit
20:6
augusta
28: 5, 28: 9,
29: 9, 3 :6,
32: 8, 62:7,
62:
aware
28: 4, 67:3

**B**

back
9:22,  9:22,
22: 8, 27:22,
29: , 30:
32: 8, 49: ,
60:20, 6 :2,
6 :3, 73:4
background
20:22
backup
30: 3
backwater
7:
balloons
49:5
based
4: 0,   4:7,
 9: ,  9: 7,
28:3, 4 : 4,
56:2 , 57:8,
69: 7, 74:2
baseline
59: 7, 59:2
basic
8: 8
basically
35:3
bear
43:20
became
9: 3
because
 4: 9, 23: 8,
26:7, 28:22,

CONTAINS CONFIDENTIAL INFORMATION

Transcript of Yulonda Wyche

Conducted on April 23, 2021                    23

---

32: 5, 35: 5,
4 : 4, 46: 8,
48: 7, 49:3,
67:22
**become**
67:3
**been**
 6:3, 7: 7,
8:5, 30:7,
30: 0, 32:2 ,
33:3, 4 :9,
4 : 6, 42:5,
49:4, 49:5,
49:7, 49:9,
5 : 2, 5 : 3,
5 : 8, 65:2 ,
74: 3
**before**
5:2 , 9:22,
39:22, 44:2
**begin**
28:6
**beginning**
3: 4, 8: 3
**behind**
46: 0, 47:6,
49:
**being**
 4:5, 2 : 8,
22:2 , 23:8,
34:  , 37:20,
4 : 8, 42:7,
67:6, 67:7,
67:2 , 74:20
**believe**
8:9, 9:9, 9: 4,
 2:6,  2:  ,
 4:  , 40:8,
40:  , 50:20,
58: 7, 68: ,
69: 5, 70:9
**besides**
 8: 8
**best**
77: 2
**between**
2 :8, 76:2
**beyond**
8: 3,   : 8

**bit**
 7: 3, 49:22,
60: 8, 6 : 6,
66:22
**black**
55:4, 65:
**blood**
7:2 , 7:22
**body**
20:8, 20: 4,
23: 7, 28: 5,
30:  , 32:22,
33:4, 33: 6,
34:6, 38:4,
4 :6, 4 :  ,
4 : 9, 42: 7,
43:5, 43: 2,
43: 5, 44: 5,
46:8, 47: 0,
5 : 8, 56:4,
56:9, 56: 3,
58:6, 59:22,
60:2, 60:7,
60: 0, 6 :2 ,
67:8, 69:4,
70: , 73: 6
**both**
 6: 9, 20: 2,
22: 4, 32:7,
42:8, 47:9,
47: 6, 52: 0,
52: 4, 68:2 ,
69:5
**bottom**
46:9, 56: 9
**brand**
43:22
**brandon**
 3:2 ,  3:22,
 4:7
**break**
6:6, 60: 7,
60: 9, 73:2,
73:3
**breaks**
6:5
**briefly**
 7:8, 39:5,

**63:** 0
**bring**
22: 6, 57: 0,
6 :3
**brought**
5:5
**bullet**
4 :4, 4 :7
**business**
7: 2, 7: 5
**busts**
62:9
**butler**
2:7, 5:4

**C**

**call**
37: , 67: 8
**called**
26:3
**calls**
29: 2, 30: 8,
33:7, 5 :20,
58: 0, 59:3,
72:9
**came**
 4:4, 54:8
**cameras**
26: 9, 26:20
**can't**
 5:2 ,  8:  ,
28: 2, 37: 0,
47:4, 54:3, 67:5
**cannot**
  :6,   :9,
24:8, 40:20,
47: 5, 48: 2,
72: 6
**capability**
3 :4, 3 :6,
3 :9
**capacity**
5: 0, 28:6,
28: 0
**captain**
29:20
**capture**
23:  , 26:7

**career**
7: 2
**carolina**

**case**
6: 6, 35: 2,
36:2
**category**
30:9, 43: 9
**caught**
 0: , 4 : 6
**cause**
26: 3, 58: 7
**cavity**
38:4, 4 :6,
4 : 2, 4 : 9,
47: 0, 5 : 8,
64: 4, 69:4,
70:
**ceased**
76:7
**cell**
23:6, 26: 8,
27: , 27: 0,
27: 4, 63:8,
7 :
**cellophane**
49:6
**center**
7: 2,  0: 9,
 2:3, 35: 0,
37:7, 62:8
**central**
20:  , 37: 4
**centralized**
20: 8
**certain**
6: 6, 74:22
**certainty**
59: 3
**certificate**
7: 7, 7: 8,
77:
**certification**
9:2, 9:6, 9: 0,
9: 6,  0:2,
 0:6,  0:7,
 0: 3,  3:5,

certifications
8: 3, 8: 5
certified
9:5, 9: 4,
9: 7, 9: 9
certify
77:8
characteristics
38: 6, 47:5,
47:7, 47: 3,
47: 5, 49:7,
52: 6, 53:22,
55: 4, 59: 4,
62:5, 63:6,
69: 6, 74: 7,
75:
characterization
55:9, 70: 9
charge
29: 8
chart
9:3
checking
2 :2
checks
20:22
chesterfield
7:2
circled
53:7
circling
32: 8
circumstances
70:
circumvent
40:5, 45: 3
city
37: 0
clarification
27: 2, 45:4,
46: 3
class
 : 9,  3: 6
classroom
2:
clear
43: 0, 47:8,

5:3,  9:20

47:9, 5 : 2,
5 : 7, 63:22
clearer
46:2
clearly
50:5, 52:4
cleveland
7: 3
click
3 : 7
client
35:20
close
8: 2, 64: 4
closed
24:
coffeewood
35: 0, 37:7,
37:8, 37:9
collaboration
6:2 ,  7:2,
7: 9
college
7:7, 7: 4,
7: 7, 8:8
coloration
65: 2, 65: 3
colorations
65: 5
com
2:
combination
6: 9, 22: 4
come
20: 9, 22: 0,
29: , 48:3,
60:20
comes
30:22, 73: 5
commander
2: 6
comment
70:6
commonwealth
0:3
community
7: 6, 8:8,
20: 3, 2 :7

company
0: 0,  0: 5,
6:22, 7:2,
7: ,  2 : 9
comparison
9:3, 64:2
complaint
46: 9, 67:6,
67:7, 67: 0,
67: 7
complete
6:8
completed
39: 7
compliance
20:7, 20: 4,
2 : 5, 2 : 6
comprised
7:5
computers
23: 8
concealed
4 :5, 4 :
concern
67: 9, 67:22
concerned
48:22
concerns
22:4
concludes
7:3
conduct
20:2 , 2 : 0
conducted
:22, 3 :2 ,
5 : , 5 :4
conducting
22: 5
confer
63: 6
conference
2:2
confidential
 : 9, 3: 0,
3: 4, 3: 5,
6: 7, 6:2 , 7:3,
8:5, 8:8
confirmation
63: 6, 65:22

connected
23: 9
considered
57:20
consistent
49:6, 7 :7
constant
63: 9
consult
22: 2, 7 : 5
consulted
66:5
consumer
9:4
contact
63: 5, 65:2
contain
3: 9
contains
 : 9
content
2 : 2
continue
6 : 5
continued
38:
contraband
7:3,  7:6,
22:7, 34: 3,
34: 8, 34: 9,
4 :5, 4 : 0,
4 : 6, 4 : 8,
42:7, 49:4,
5 :8, 5 : 8,
56:6, 69: 8,
74:5, 74: 7,
75:2
contractors
42:3, 42:6,
64:7
contributed
39: 6
contribution
9:7
conversation
68:8, 68:9,
69: 0
coordinator
20:3

CONTAINS CONFIDENTIAL INFORMATION                    EXHIBIT 1
Transcript of Yulonda Wyche
Conducted on April 23, 2021                                                    25

**correct**
8:3, 40: 5,
52:7, 52: 9,
53:8, 53:9,
62: 7, 63:2,
64:5, 73: 6,
74: , 74:5,
74:7, 74:9,
74: , 74: 7,
74: 8, 75:3,
75:7
**correctional**
8: 9, 9:7,
9: 0, 0: ,
0: 8, 2:3,
2: , 35: 0,
37:7, 62:8,
74: 5
**correctional's**
8: 8
**corrections**
: 3, 5:9, 9:6,
62: 8
**could**
6: 0, 6:7,
28:22, 3 : 7,
32: 3, 40: 6,
5 : 2, 5 : 3,
5 : 7, 52: 0,
57:20, 64: 5,
65:7, 74: 6,
76:
**counsel**
2: , 2:3, 2: 3,
4:3, 4:8, 4: 3,
77: 4, 77: 7
**county**
77:4
**couple**
73:
**course**
0: 4, 0:20,
0:2 , 49: 0
**courses**
8:8
**court**
: , 4:3, 4: 4,
5:6, 5: 6,

27: , 32:2 ,
33: , 33:2,
45:3, 46: 2
**courtesy**
5:22
**create**
30: 3
**creating**
5: 2
**criminal**
9:3
**current**
20:
**currently**
0: 7, 5:8
**curwood**
2:7, 5:4
**cylinder**
62:4

**D**

**dark**
50: 2
**darker**
56:22, 57:8
**data**
4 : 5
**date**
8: , 28:2,
28:7, 48: 3,
67:5
**day**
2:6, 3: 4,
4: 8, 77:20
**dcls**
2 :9
**dealt**
28:9
**decision**
72:3
**declared**
4:20
**defendant**
: 5, 2: 3
**definitely**
29:5, 52: 5,
58: 8
**degree**
8:

**deleting**
28:
**dense**
57:3, 57:4
**denser**
57:6
**density**
56:2 , 57:8,
65:8
**department**
: 3, 5:9,
8: 6, 20:3,
2 :8, 2 : 9,
30: 0, 33: 2,
33: 4, 62: 8,
67: , 68:2
**depends**
25: 2
**depos**
2:28
**deposition**
:2 , 76:7,
76:9, 77:7,
77:9, 77: 5
**depth**
7: 3
**described**
62:2
**description**
3:7
**designate**
6: 6, 6: 8,
8:4
**designated**
6:20, 8:5
**detected**
63: 2, 63: 4
**determine**
42:9
**determines**
28:6
**develop**
7:22, 8:9,
8: 6
**developed**
6: 8, 6:20,
6:2 , 7:2,
7: 9

**device**
23: 2, 40:22
**difference**
0
**different**
42:22, 53:2,
57:9, 6 :9,
63:22
**diploma**
0:6
**direct**
24: 0
**direction**
77: 3
**directly**
23: 0, 23: 7,
62: 3
**discrimination**
5:8
**discussed**
74: 3
**discussion**
76:4
**distortion**
45:2
**district**
: , :2, 5:6,
5:7
**division**
:3, 5:7
**document**
7: 6, 8:7,
39:2, 6 :5
**doing**
22: 7, 43:
**done**
5: 7, 24: 5,
48:20
**dosage**
64:22, 65:2,
65:3, 65:5,
65: 8
**dosing**
9:2
**double-checking**
75:20
**down**
66: 0

**drawing**
7:2
**drive**
24: , 24: 3,
24: 8, 30: 3
**driver's**
8: 4, 32: 6
**dropped**
9: 8
**drug**
20: 2, 2 :4,
2 :6, 62:9
**dual**
25:22, 63:2 ,
64: , 64:20,
65: 4
**duly**
77:9
**during**
0: 6, 37:3,
48:9
**duties**
2: 3, 20:4,
20: 6, 22:6

**E**

**e-mail**
23:4, 23: 0,
23: 7, 25: 0,
37:2
**earlier**
4: 8, 23:22,
39:6, 59:20,
68:7
**earn**
0: 3
**education**
7:6
**eeo**
34:22, 35:4,
35: 2, 36: 8,
36:20, 68:2
**ein**
32: 6
**either**
8:2, 9: 8,
47: 6, 49:5
**electric**
45:2, 45:5,

45:7, 54: ,
54: 6, 55:5
**electrical**
55: 3
**else**
8: 8, 47: 0
**employed**
77: 4, 77: 7
**employee**
32:4, 32:8,
35: 4, 37:22,
38: 7, 77: 7
**employee's**
35: 2, 36: 5
**employees**
40:4, 74: 6
**employment**
35: 5, 36:3,
38: 8, 38:2
**end**
9: 5, 8: 3,
29:4, 44:2 ,
45: 4, 50: 6,
54: 5, 6 : 3
**endeavor**
5:22
**ending**
3: 5
**enough**
4:22
**entire**
3: 4, 4:5
**equipment**
0: 6, 5: ,
43:2
**equipped**
5:8
**esq**
2:6, 2: 6, 2: 7
**est**
:25, 4:2
**ever**
3: , 24: 7,
32:2
**every**
30: 2, 57:2 ,
58:6, 73: 5,
73: 9, 74:

**everyone**
60:20
**exact**
5:2 , 6:2,
6: 3, 8: ,
48: 3, 53:3,
67:5
**exactly**
68: , 72: 6
**examination**
3:3, 3:4, 4:22,
73:9, 75:
**examinations**
3:
**examined**
4:2
**example**
74:2
**examples**
6 :9, 74:20
**exhibit**
3:8, 7: 8,
39:6, 6 :3,
74: 4
**exhibits**
3:6
**expect**
6:3
**expectation**
27:9, 27: 3
**experience**
9: 2, 26: 5,
28:8, 30: 0,
4 :9, 42:5,
42:7, 49: ,
74:2
**experienced**
63: 6
**experiences**
34: 6
**experiencing**
44:7
**expert**
32:22, 33:3,
33: , 33: 2,
33: 4
**explain**
35:3, 37: 8,

**37: 9, 76:2**
**expressed**
67:22
**extent**
29: 2, 30: 8,
35: 9, 5 :20,
53: 5, 59:3,
72:9
**externally**
30:
**extremity**
46:8

**F**

**facebook**
62: 8
**facilities**
5:8, 5: 0,
2 :7, 2 :2 ,
22:22, 3 :8
**facility**
0: 7, 29: 5,
35:8, 66:6, 74:5
**facing**
49: 4
**fact**
4: , 33: 0,
48:9, 74:8
**falabella**
2:6, 3:3, 5: ,
5:3, 60: 6,
6 : , 72:20,
73:5, 73: 8,
74:6, 74: 0,
75: 2, 75: 7
**fall**
28:7
**far**
26:7, 27:22,
63:9
**favorite**
63:9
**federal**
34:22, 36:20
**female**
38: , 42:8,
42:9, 73: 9,
74:

females
74:3
few
  :2
file
3 :
filed
6: 7
financially
77: 8
find
45: 2, 6 : 2
fine
6:5
finish
5:2
firm
5:4
first
20: 5, 40:6,
46:2, 48: 6,
54: 9, 54:20,
60:7, 67:3,
67: 3, 75: 3
five
  : 7
flip
44: 9, 45: 5
flores
  :7, 2:26, 5:5,
66:22, 67:4,
67: 2
flow
44:7
flynn
2: 7
focus
53:2
folder
3 :20
folks
  :4,    :8,
  : 0,    : 5,
  3: ,    3: 5,
48: 5
follow-up
57: 3, 58: 5,
73: 2

following
6:20
follows
4:2
foregoing
77:7
forget
2 :2
forgive
50: 6
forgoing
77:9
form
25:5, 27:5,
7 : 9, 73: 8,
74:6, 74: 0
formally
4:4
foundation
25:5, 27:5
frequently
  6:3
front
  2: 7
full
26:2, 26:8
further
72:2 , 75:6,
75: 0, 75:  ,
75: 7, 75:22,
77: 6

**G**

gave
64: 0, 74: 9
general
2: 8, 36:8
generated
65:6
genesis
4 :2
gestures
5: 5
give
5: 4
given
  : ,    5: 7,
63: 9

gives
64: 3
go
  :3, 22: 8,
24:8, 33:8,
35:22, 37:6,
45:2 , 48: 8,
73:4
goal
74: 4
goes
28: , 73: 9
going
6: 8, 2 :2 ,
40:3, 6 :3,
64: 9, 69:20
gonna
25:4, 45: 5,
53: , 58:4,
70: 8
good
5:2, 30: 6,
75: 9, 75:2
google
60:
gotcha
8: , 9:22,
26: 5, 32: 7
govern
  7:9
graduate
7:7, 7:8
graduated
8:20
gray
65:
great
6: 0
green
  :32, 77:6,
77:23
greensville
  0: 8,    :5,
2:3, 55: 8
gregorio
4:2,    4:3,
8: ,    8: 8,
8:2 , 39: 5

grievance
33:20, 33:2 ,
34: 2
grievances
34: 6
guess
24: 0, 25: 0,
56: 2, 62: ,
72:5
guidance
74: 5

**H**

halfway
45: 7
hands-on
  :3,   9: 2
hanging
46:
happen
62:
happened
28: 8
happens
66:2, 66:5
hard
  5: 6, 59: 2
harrisonburg
  :3, 5:7
head
5: 5, 66:6
headquarters
  3:9
heard
5: 2, 6: 3,
  4: 7, 23:2 ,
23:22, 27: 5,
67: 4, 68:7,
72: 3
hearing
34: , 34: 2,
68: 4
hearings
33: 8, 33:20,
33:2
heavy
44:7
help
  8: 5

helped
 7:2 , 39: 3
helpful
 9:8, 52:20,
53: 7
here
5: 0, 6: 4,
 3:9,   3: 0,
40:3, 4 :2,
4 :4, 4 : 4,
42:   , 43: 0,
46:7, 49: 8,
50: 3, 5 : 7,
55:3, 55:2 ,
56: 6, 57: ,
60: 7, 6 :4,
62:2, 62:3,
64:   , 67: 6,
68:2, 73: 4,
74: 3
here's
59: 7, 59:2 ,
70: 3
hereby
4: 5, 76: 0,
77:7
heroin
62:7
high
7:7, 7:8, 7:   ,
64:22
higher
63: 5, 63:20,
64: 3, 64: 6,
64: 7, 64: 8,
64:20, 65: 8,
66:
highest
7:5
himself
 9: 0
historical
27: 9, 28: ,
3 :
history
62:9
honest
48: 3

honestly
 :6,    :9,
 :   ,   : 8,
 6:   , 37: 0,
69:9
horizontal
50:6
hours
7 :4
however
28:5
hr
68:3
human
52:2, 57: 5,
57: 7

──────── I ────────

id
32:4, 32:5,
32:8
idea
44:20
identification
25:2, 32:   ,
32: 5
identified
60:9, 77:9
identify
25:7, 35:4,
48: 7
identifying
25: 6, 25:2 ,
26:5
ii
46: 8, 47: 9,
48:
image
25: , 25:2,
25: 0, 26:5,
26:9, 26: 2,
32:2, 37:20,
40:7, 42: 7,
42: 8, 42:20,
43: , 43: 2,
43: 6, 43: 7,
43:2 , 44: 6,
46: , 46:7,

46:9, 46: 6,
47:2, 48:4,
48:6, 49: 4,
53:   , 53:3,
53:6, 53: 6,
56:4, 56: 0,
56: 4, 56: 8,
57: 2, 59:20,
60:2, 60:8,
60:9, 60: 0,
6 :2 , 64: ,
65:   , 67:8,
70: 3, 7 :5
images
 7:6,   9:5,
 9:9,   9: 4,
 9: 7, 23:9,
23: 6, 24: 2,
24: 7, 27: 7,
28:5, 28:6,
28:   , 28: 8,
28:22, 29:7,
29:8, 30:   ,
3 : 8, 32:22,
33:4, 34:   ,
40:4, 44: 4,
44:22, 45: 2,
47:2, 5 :2 ,
53: 9, 53:2 ,
55:20, 65:6,
65: 2, 65: 3,
68:9, 68: 5,
68: 7, 68:2 ,
69: , 69:5,
69:8, 70:22,
7 :3, 7 : 2,
7 : 4, 7 : 5,
7 : 7, 72:   ,
72: 5
important
5: 4
in-person
37:4
inartful
58:4
incident
47: 8, 48: ,
63:

include
25: 6
increased
65: 3
increasing
65:5
index
3:
individual
3 : 2, 3 : 5,
3 :2 , 32: 2,
63: 8, 63:20,
65:22, 75: 4
individual's
27:20
individuals
64:8, 64: 9
information
 : 9, 6: 6,
 7:7,   7: 0,
25: 7, 25:2 ,
26:5, 35:20,
39: 6, 74:3
initial
 0: 6
initially
3 :20
input
 8:2 ,   9:
inquired
50:20
inquiries
22:3, 22: 0
inquiring
28:2
insert
 7:7
inserted
 9: 7, 42: 6,
45: 0, 46:9,
70:3
inside
62:6
installation
 0: 6
installs
2 :20
instances
54:7

**instant**
76:7
**instead**
4:6
**institute**
9:  ,  0:4
**institution**
8:2
**institutional**
8:20,  2:8
**institutions**
20: 3, 2 :7
**instructed**
 0: 5
**instructions**
5: 3, 22:1
**instructor**
 3: 7,  3:20
**interaction**
36:22
**interested**
32: , 77: 9
**internal**
4 :6, 4 :  ,
4 : 9
**internet**
42: 9, 43:8
**interruption**
27:  , 45:3,
46: 2
**interview**
37:3, 37:4
**investigate**
58:7, 75:7
**investigation**
48:9, 57: 3,
57:22, 58: 5
**investigator**
8:20,  2:8,
 9:  , 35:5,
37: , 37: 7,
38:6, 48:5,
48:8, 55:22
**involve**
34: 3, 34: 7
**involved**
20:5, 35:9,
47: 9, 55: 7,

**62**: 3
**issue**
33: 5, 75:7
**issued**
26: 8, 26:20
**issues**
28: 5
**item**
47: 6, 57:3,
62:3, 74:20
**itself**
 0: 5, 25:  ,
26: 2

---
**J**
---

**jamie**
 8: 4
**jane**
7: 2
**job**
 :28,   2: 3,
20: , 20:4,
20: 6
**john**
2:27
**joyce**
 :7, 2:26, 5:4,
66:22, 67:4,
67: 2
**july**
20: 0, 3 :6,
40:

---
**K**
---

**k9**
66:3
**keep**
 8:8, 27: 9
**kidd**
 8: 5,  8: 9,
 9:8, 40: 0,
40:  , 56:2,
56: 5
**kidd's**
 9:6
**kind**
25: , 27: 9,
3 : 8, 50:6,

**56**:2 , 58: 2
**knot**
46: 0, 46: 4,
49: , 49:7,
49: 2, 49: 3,
50:9, 53:5,
69: 9
**know**
7:20,   : 3,
 : 4,   : 9,
 4: 8,  5: 5,
 5: 6, 6:4,
 6: 0,  7:8,
25:9, 25: 4,
27:22, 29: 0,
29: 4, 30:4,
30:9, 30:  ,
30: 2, 30: 9,
30:20, 3 :8,
3 : 5, 34:3,
35: 7, 36:2,
36:6, 36:  ,
37: 3, 38: 3,
38:2 , 39: 5,
40: 9, 43:2,
43: 9, 43:22,
44:2, 44:3,
44:6, 44: 0,
44: 8, 44: 9,
47:22, 48: 0,
48: 6, 49:  ,
50:2 , 50:22,
5 :3, 5 :6,
5 :8, 52:5,
52: 8, 54:8,
56: 2, 57:6,
57:  , 58:3,
58: 4, 59:6,
59:8, 59: 0,
60: , 60:6,
60:9, 6 : 3,
65:22, 66: 2,
73:
**knowledge**
 9: 2, 28:2,
28: 2, 3 :5,
3 :7, 3 : 0,
53: 8, 67: 3

**knowledgeable**
27: 6

---
**L**
---

**lab**
7:2
**laboratory**
2 :9
**largest**
62:9
**last**
8:7,  2:5,
 3: 3, 2 : 3
**later**
 7: 3
**law**
5:4
**lawsuit**
5:5, 67: 7
**lawyer**
5:3
**least**
40: 2
**leave**
8:4
**led**
 0: 5
**left**
46:  , 49: 5
**legal**
33:7
**let's**
 9:22, 38:22,
4 :2, 42:  ,
45:  , 45:2 ,
46:4, 52:22,
54: 4, 54: 9,
54:20, 56: 6,
60: 7, 60: 9,
6 : 2, 66:22
**letting**
48: 6
**level**
7:5
**liaison**
2 :8, 2 : 8,
22:6, 29: 6
**license**
8: 3, 8: 4,

32: 6
**lieu**
4:4
**lieutenant**
 2: ,   2: 2
**light**
56:20, 57: 0
**lighter**
56:22, 57:9
**lightness**
57:
**likely**
26:
**line**
3: 4, 3: 5
**listing**
3 : 7, 3 :2
**little**
49: 9, 49:22,
6 : 6
**location**
75: 4
**logistics**
7: 6
**lokey**
30:6
**long**
6:4,   2:4,
 3: 3
**longer**
30:
**look**
 7: 2, 22: 6,
38:22, 4 :2,
42:  , 42: 7,
44: 3, 48:6,
52:22, 53:5,
54: 4, 54: 9,
54:20, 69: 2,
73:3, 74: 6
**looked**
39:5, 53:2,
56:6, 60:2,
60:8, 6 :8,
65: 0
**looking**
25: , 4 :3,
43:22, 63:4,

63:
**looks**
59: 8, 59:2
**lot**
 9:5, 22:20,
26:5, 60: 8
**low**
64: 9, 64:20,
64:2 , 64:22,
65:2
**lower**
38:4, 46:7,
46:8, 64: 4,
69:3, 69:22
**lowest**
65:3

**M**

**machine**
 2:2 ,  5: ,
 9: 3, 23: 0,
24: 2, 24: 4,
28: 5, 29: 8,
30: 2, 3 :3,
43: , 57:9
**machines**
 7:6,  9:9,
25: 5, 27: 8,
28:9, 30:2 ,
32:6, 40:9
**made**
2 :20, 29: ,
46: 9, 67:6,
67:7, 67: 0
**majored**
7: 5
**majority**
22:20, 23:4,
4 : 7
**majorly**
4 : 8
**make**
5: 8, 6: , 6:8,
 7: 3, 2 :22,
30:22, 72:3,
73: 2
**making**
2 : 9

**male**
42:8, 42: 0
**man**
37:22
**management**
9:  ,  0:4,
 0:8
**manager**
9:6, 20: 2,
20: 4, 20: 6,
20:2 , 68:3
**manufacturer's**
22:
**many**
  :4,    : 9,
 3: 5, 28:5,
33:22, 68: 7
**march**
62: 2
**mark**
 8:2
**marked**
3:6,  7: 7,
45:22
**martin**
 4:2,  8:
**material**
3:20, 57:6,
6 : 0, 65: 0
**materials**
 4: 2,  4: 5,
 6: 4,  6: 7,
 6:20,  7:4,
 7: 8,  7:22,
 8: 0,  8: 5,
 8:22, 39: ,
39:8, 39: 7,
43: 2, 44: 4,
59: 6, 6 :7
**matter**
34:4, 67:2
**maybe**
 8: 3, 28:4,
29:4, 73:4
**mean**
 4:20, 24:6,
36: , 40:9,
50:5, 67: 7

**meaning**
24:7, 30: 2,
52: , 53:22
**means**
 4:2
**media**
62:20, 62:2
**medium**
64:22
**meeting**
72: 8
**member**
25:3, 7 :22
**menstruating**
44:4
**menstruation**
44:7
**mentioned**
63:  , 67:2
**might**
23:22, 25:9,
26:8, 26: 3,
44:20
**minute**
 9:22, 24:2 ,
60: 9, 73:3
**mischaracterizes**
53: 6
**misquote**
36: 4
**miss**
36: 4
**missing**
22: 9, 26: 4
**mixing**
67: 5
**mobile**
 5:9
**month**
30: 2
**more**
  :8,    : 0,
  : 5,    : 6,
  : 7,  5: 8,
 5:20,  6: ,
 6:4,  6:8,
 6: 0,  7: 3,
26:  , 28:3,

42:9, 48:22,
57: 0, 60: 8
**most**
4 :4, 4 : 0,
4 :20
**must**
58:22
**mute**
70: 8, 70:2 ,
73: 3
**myself**
3: 7

---
**N**
---

**name**
5:2, 6: 0,
25:7, 25: 0,
25: , 26: 3,
32:4, 32:7,
36: 6, 67:5,
67: 4, 67:2
**names**
34:3
**nature**
75:
**necessarily**
34:3, 65: 7
**need**
6:5, 6:7, 34:3,
73:5
**needed**
28:20, 32: 9
**neither**
77: 3
**network**
9:3, 23:20
**networked**
23: 9
**next**
56:3, 66:2,
66:5, 75:6
**no:-cv**
 :
**nods**
5: 5
**norfolk**
36: 9
**normal**
5 : 3, 52:2,

57: 4, 57: 6,
59: 8
**north**
2: 9, 7: , 77:3
**notary**
77:24
**note**
3: 9, 8:3,
25:4, 27:4,
29: , 33:6,
35: 6, 38: ,
53: , 53: 3,
55:8, 58:9
**notes**
3 : , 73:3
**nothing**
75:9, 75:22
**notice**
48: 7
**noticed**
 8: 4
**november**
55: 8
**number**
 5:22, 6:2,
32:8, 32: ,
32: 3, 66: 7
**numbers**
32: 6, 42:9
**numerous**
 5: 6

---
**O**
---

**object**
4:9, 50:6,
50: , 58:5,
59:8, 70: 8
**objection**
25:5, 27:4,
29: , 30: 7,
33:7, 35: 6,
36:9, 38: 2,
38:20, 5 : 9,
52:8, 52: 2,
53: 2, 53: 3,
55:8, 58:9,
59:2, 60:3,
60: 3, 72:8,

73: 8, 74:6,
74: 0
**obtain**
 9: 4, 56: 3
**obtained**
7:6, 9: 6,
40:7
**obtaining**
 9:8
**obviously**
27: 6, 45: 6
**occasion**
 5:3, 23:5
**occasions**
 2:22
**occur**
 3:8
**occurred**
29:3, 47:20
**offender**
20: 2, 2 :4,
2 :6
**offenders**
20: 9
**offered**
 5:
**office**
2: 8, 22: ,
36: 8
**officer**
8: 8, 8: 9
**often**
 5:6, 25:8,
74:4
**oh**
 :6, 39:9
**ohio**
7: 3
**once**
29: , 39: 5,
39: 6, 48:20,
65:20
**one**
9: 8, 3: 8,
 7: 8, 25: 5,
26:2, 28:4,
34: , 34:2,
34:2 , 39:6,

40:6, 40: 0,
40: , 42: 9,
45:5, 45: 9,
45:22, 46:2,
46:4, 47: 2,
47: 4, 48:22,
49: , 52: 0,
52: 4, 52: 5,
53:7, 54: 3,
54: 8, 59: 5,
6 :3, 6 : 7,
6 : 8, 6 :20,
62:8, 63:8,
73: 5, 74: 4
**ones**
2 : 0
**online**
 0:20, 3:6,
 5: 3
**only**
29:8, 45: 6,
53:7, 65:7
**operate**
 2:2
**operated**
 3:2
**operating**
 9: 3, 2 :22,
66: 5
**operation**
 4:22, 7: 0
**operations**
 2: 5, 2: 8
**operator**
9: 4, 9: 0,
46:20, 63: 6
**operators**
 5: 3
**opinion**
33:7, 38:5,
38:8, 70: 4
**order**
6: 5, 6: 9,
 8:6
**other**
8: 2, 9:2 ,
 7: 0, 9: 9,
22:3, 34: 5,

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Yulonda Wyche
Conducted on April 23, 2021
32

43:5, 50: ,
5 :3, 53: 8,
53:2 , 58:2 ,
6 :6, 63:3,
7 : 8
**others**
 4:22,   5:4,
 6: 5, 57:7,
6 :9
**otherwise**
33:3, 77: 8
**out**
 4:8,   4:9,
22: 2, 4 : 9,
48:2 , 59: 5,
6 : 6, 68:4
**outcome**
36:2, 36:5,
50:2 , 77: 9
**outlining**
53:4
**outset**
67:
**outside**
24:8
**outsider**
 9:4
**oval**
46: 0, 50:3,
53:4, 69: 8
**over**
22: 0, 73:3
**overhang**
49: 9, 50:
**oversee**
 2: 5,   2: 7
**overseer**
20:7

**P**

**p&p**
20: 3, 2 :7
**packaged**
49:5, 49:9,
74:2
**page**
3:2, 3:7, 3: 4,
3: 5,   7: 4,

40:3, 4 :2,
45:22, 52:2 ,
62:20, 62:2
**pages**
 :30, 44: 9
**paper**
55:4, 55: 2
**part**
20: 5, 20: 6,
2 : 3, 37: 2,
52:2, 57: 4,
57: 6
**particular**
43: 7
**particulars**
48: 0, 67:20
**parties**
77: 5, 77: 8
**paul**
2:6, 5:3,   8:3,
70: 7, 73:
**paul@butlercurwo-**
**od**
2:
**pelvic**
56:20
**penalties**
4:8, 4: 6,
77: 0
**pending**
6:7
**penetration**
65:8
**perfectly**
5 : 2
**perjury**
4:8, 4: 6,
77: 0
**permission**
63: 9
**person**
 0:2 ,   0:22,
 3:6,   3:7,
23:8, 43:2 ,
44: 5, 5 :4,
64:4, 66:4, 7 :2
**personal**
26: 7, 26: 8,

27: , 27:9,
27: 4
**personally**
25: 5, 55: 7
**phlebotomist**
7: 9
**phlebotomy**
7: 7, 7: 9,
7:20
**phone**
23:6, 27: ,
37: , 63:8,
68: 6, 7 : ,
7 : 7
**phones**
26: 8, 27: 0,
27: 4
**photos**
64:2
**physically**
  : ,   9: 6
**picture**
23: 2, 23: 4,
25: 2, 26:6,
26:9, 26: 2,
26: 6, 27:2,
40: 3, 40: 8,
40:20, 40:22,
42: 6, 43:3,
43:6, 44:4,
44:8, 55: ,
64: , 64: 4
**pictures**
24:22
**piece**
35:3
**place**
4 : 7
**placed**
4 : 3
**plaintiff**
 :9, 2:3, 2:26
**planet**
2:28
**plc**
2:7
**please**
4:4

**plug**
24: ,  24: 3,
30: 3
**point**
6:5, 4 :4,
4 :7, 4 : 3,
4 : 9
**pointed**
48:2
**police**
9:
**policy**
 7:8, 20:6,
2 : 2, 2 :2 ,
22: , 27: ,
58:22, 66: ,
66: 2, 66: 3
**portion**
3: 4, 3: 5,
6:20, 7:3
**position**
20:9, 69:22
**positively**
54:4
**possession**
48:3
**possible**
50:4, 66:
**possibly**
26:8, 42: 7,
65:7
**post**
20:6
**powerpoint**
  : , 39: 0,
39: 9
**preferably**
63:2
**prepare**
39: 3, 42: 2
**present**
2:25,   4:5,
34:22, 37:3,
47:2 , 52: ,
58: 6, 66:3,
69: 6, 72: 5
**presentation**
 :2, 66: 8

**presented**
3 : 6
**previous**
64:3, 64:4
**previously**
3:6, 7: 7
**privacy**
34:
**privileged**
35:2
**probably**
4: 7, 7: 2,
29: 5, 60: 8,
72: 3
**procedure**
66: 5
**proceed**
7 :3
**proceeding**
4: 0
**proceedings**
5: 7
**process**
40:5, 45: 3
**processed**
20:20, 20:2
**products**
9:4
**professional**
8: 3, 8: 5
**program**
20:3
**pronounce**
0: 0
**protective**
6: 5, 6: 9,
8:6
**protocol**
63: 2, 63: 3,
64:6, 66:2,
66: 0, 7 :8
**protruding**
56: 9
**provide**
4:20, 8:22,
9: 2, 37: 9,
38:5, 7 : 0,
74: 2, 74: 5

**provided**
7: , 9: ,
9:5, 40: 0,
40: , 56: 5,
74:3
**providing**
22:2
**public**
77:24
**publically**
6: 7
**pull**
3 : 6, 32:7
**pulling**
32:
**pulls**
3 : 9
**purchases**
2 :20
**purpose**
4: 9
**put**
25:9, 32: ,
56: 4

**Q**

**qualified**
32:2 , 33:3
**quantify**
5: 6
**question**
5:2 , 6:6,
6: 8, 5:9,
24: , 30: 6,
5 : 5, 5 : 6,
58: , 58:4, 60:6
**questioned**
5 :6, 73:2
**questions**
6:7, 22:3,
58: , 58: 9,
72:2 , 73: 2,
75: 8
**quite**
:2 , 27: 6
**quoted**
3: 9

**R**

**radiation**
9:2, 34:9,

**34**: 0, 65:2,
65:5
**ran**
63:20, 64:8,
64: , 64: 6,
64: 9
**rather**
5: 5, 33: 0
**reached**
28:9, 68:4
**read**
3:20, 47:9
**readiness**
20:5
**reading**
32:22, 33:4,
76:2, 76:5, 76:8
**really**
28:2
**reason**
46: 8
**reasonably**
47: 3, 58: 7,
59: 5
**recall**
:6, :9,
4:5, 23:5,
28:20, 32: 9,
34: , 35:6,
35:8, 35: ,
36:7, 36: 5,
36: 8, 39:20,
39:22, 40:2,
40:20, 43:7,
44: 4, 48: 2,
50: 6, 50: 9,
56: , 66: 7,
67:5, 67:20,
68: , 68: 5,
69:9, 69: 2,
70:6, 72: , 72:4
**receive**
4:2
**received**
9:2, 9:5, 9: 0,
9: 6, 5:2,
9:20, 24: 7,
24:22, 42: 9,

**46**: 6
**receiving**
23:5, 24:2
**recess**
60:22, 73:8
**recollection**
29:2, 29:6,
40:7, 46: 5,
72: 8
**recommendation**
7 :
**record**
6: , 6: 5,
27: 2, 27: 9,
28: , 43:20,
45:4, 46: 3,
52:2 , 6 :2,
62: 0, 76:4
**records**
3 :
**recovered**
28:22, 4 : 8,
42:8, 44:22,
49:4, 5 :9,
54:22, 55:5,
55: 2, 62:4,
62:7
**red**
53:7
**reduced**
77: 2
**referenced**
3:6
**referred**
2 :3, 23:2
**referring**
50:8, 50: 2
**reflect**
54:2
**reflected**
6 :7
**reflective**
65: 3, 65: 4
**regarding**
7 : 5, 76:4
**region**
37: 4
**regnery**
2: 6, 3:4,

  : 2,  8:2,
25:4, 27:4,
27:8, 29:  ,
30: 7, 33:6,
35: 6, 35: 8,
36:9, 38:  ,
38:20, 5 : 4,
5 : 9, 52:8,
52: 2, 53:  ,
53: 5, 55:8,
58:9, 59:2,
60:3, 60: 3,
60:2 , 70: 7,
72:8, 72:22,
73:  , 73:7,
73: 0, 75:9,
75: 9
**related**
 8:7, 77: 4
**relative**
77: 6
**relevancy**
35: 9, 36:
**remain**
63: 8
**remember**
  :2 , 36: 2,
36:20, 37: 0,
46: 8, 68:9,
68: 2, 68: 7,
72: 6
**remind**
5: 3, 49:3
**remote**
76:7, 76:9
**remotely**
2:4, 2: 4
**repair**
28:20, 29: ,
32: 8, 32: 9
**reported**
 :32
**reporter**
4:3, 4:5, 4: 4,
5: 6, 27:  ,
45:3, 46: 2,
77:  , 77:6,
77:23

**reporter's**
3: 9
**represent**
5:4, 67:
**reproduced**
3:20
**requests**
27:  , 45:3,
46: 2
**require**
57:2
**reserved**
76: 0
**respond**
60: 5
**response**
70:20
**responsible**
2 : 7
**result**
47:22, 50: 7
**resulted**
34: 7
**retrieved**
4 : 5
**return**
5:22
**revealed**
55:3
**review**
22:6, 22: 8,
39: 8, 67:2
**reviewed**
39: 9, 40:2
**reviewing**
49:9
**richmond**
 :23, 2:9,
2:20, 5:3,
 3: 0, 22:  ,
36: 9
**right**
5:20, 6:3,
6: 3, 7:  ,
 0:7,  0:9,
 3:4,  3: 2,
 6:9,  6: 4,
 7:2 ,  9: 9,

2 : 3, 22:5,
23:9, 24:20,
26:4, 26:7,
26: 3, 30:8,
32: 7, 33:2 ,
35:  , 37: 5,
40: 4, 4 :2,
43: 3, 45:  ,
45: 5, 49: 9,
52: 7, 52:20,
54:22, 55:6,
6 :2, 63: ,
63:3, 63:8,
63: 0, 64: 0,
65:20, 66:9,
66:2 , 68:6,
70:4, 70: 0,
73:  , 75: 5
**robb**
2: 7
**robinson**
72: 4, 72: 5,
72: 7
**role**
 2:8,  2: 0,
22:6, 35:
**ron**
58:5, 73:6
**ronald**
2: 6
**room**
 2:2
**rregnery@oag**
2:22
**rule**
59: 5
**rules**
 7:8
**run**
66:

---
**S**

**safe**
 8:4
**safety**
34:7, 34:8,
34: 0
**said**
 5: 5, 27: 3,

29:22, 64: 6,
67: , 70:9,
77:
**same**
 7: 4, 45: 9,
52:8, 52: 2,
53: , 53:3,
72: 8
**samples**
2 :
**sarah**
2: 7
**saw**
 9:3, 46:2 ,
7 :  , 7 : 4,
7 : 7
**say**
6: 3, 6: 4,
8:9,  4: 8,
 8:  ,  8: 2,
28: 2, 29:4,
32: 4, 33:2,
4 :20, 47:2,
47:4, 47:  ,
47: 3, 48:5,
52:3, 54:4,
59: 2, 67: 6,
70:4
**saying**
58:5, 58:  ,
59:2 , 67: 6
**says**
4 :4, 55:3,
57:7
**scale**
65:
**scan**
28: 5, 30:  ,
30:22, 3 : ,
3 :2, 32: ,
32:22, 33:4,
35: 5, 42: 7,
47:9, 50: 7,
5 : 3, 56:4,
56:9, 56: 3,
57: 2, 58:6,
59: 9, 6 : 6,
6 :2 , 63: ,

65: 8, 67:8,
75: 4
**scanned**
43: 5, 44: 5
**scanner**
 3:2, 20: 4,
33: 6, 43:5,
59:22, 60:2,
60:7, 60: 0,
64:9, 73:20
**scanners**
 5:4, 20:8,
23: 7, 34:6,
53: 9, 73: 6
**scanning**
43: 3
**scans**
22:7, 22: 8,
22:2 , 27: 8,
27:20, 3 : 7,
3 :2 , 49:9,
6 :8, 63:4,
63:5, 63:  ,
64:3, 64:4,
65:9, 67:22
**school**
7:7, 7:9, 7:  ,
8:4, 8:2
**screen**
 7: 6, 25: 3,
25: 6, 25:20,
26: 6, 32:2,
39:2, 40: 4,
40: 8, 40:22,
48: 8, 53: 3,
56:22, 6 :5
**screening**
3:8
**screens**
25:22
**search**
3 : 4, 40:5,
43:6, 50:22,
5 :3, 55:3,
66:4, 66: 3,
66: 4
**searchable**
3 : 2, 32:3,

32:4
**searched**
73:2
**seat**
63: 8
**section**
45: 2, 6 : 5
**security**
3:8,  2: 8,
20:2, 20:5
**see**
 3: , 22: 9,
23: 3, 39:3,
45:  , 45: 6,
46:8, 46: 0,
47:2, 47:3,
47:  , 49:22,
50:5, 53:4,
54: 9, 56: 7,
56: 8, 6 : 2,
62:3, 75:5
**seeing**
53: 2, 67:20
**seen**
25: 5, 26: 7,
57: 2, 65:9,
65: 2
**sees**
58:6
**select**
3 :22
**self-explanatory**
64: 6
**send**
23:9, 23: 6,
39: 7, 48:8,
7 : 8
**sense**
5: 8, 6: , 6:8
**sent**
 9: 8, 22:2 ,
23:2, 48:5,
48:
**separate**
 7:3, 25:20
**sequentially**
58: 3
**sergeant**
30:6, 40: 0,

40:  , 56:2,
56: 5
**series**
6:7
**set**
53: 9, 65:22
**setting**
63:20, 63:2 ,
64: 2, 64: 3,
64: 7, 64: 8,
64:20, 65: 4,
66:
**settings**
57:9, 65:
**several**
  :7,  2:22,
 5:7,  5: 5
**sex**
5:8
**shape**
54: , 54:2,
54:3, 54:8,
56: 8, 62:4,
69: 8, 74:22
**shared**
 7: 6, 39:2,
6 :5
**shift**
 2: 5
**should**
44:2 , 58:7,
58: 8, 75: 3
**show**
 7: 4, 40:3,
42: 4, 56:22,
70: 6, 70:22
**showed**
59:20, 68:8,
68: 8, 72:  ,
72: 4, 72: 5
**showing**
3 :20, 55: 3,
68: 5, 69:8,
72:5
**shown**
 9: 8, 22:2 ,
23:8, 34:  ,
37:20, 47:

**shows**
42: 5, 46: ,
55:
**side**
26:2
**signature-1apgj**
77:2
**signified**
69: 7
**signing**
76:8
**similar**
52: 6, 53:22,
56: 8
**since**
 5:2, 30:6
**sir**
5:  , 5: 9,
6:2, 6:9
**site**
22: 2, 22: 5,
22: 7, 23:
**situation**
35:2, 54: 2,
55: 8, 62: 4,
70:
**size**
62:5
**slender**
46:9
**slide**
42:  , 42: 2,
42: 4, 42: 5,
48: 5, 54:20,
55:2 , 56:3,
59: 7
**slides**
 9: 5, 53:20,
53:2 , 56: 4,
6 :6
**slight**
49: 9, 50:
**slightly**
26:4
**small**
46:8
**smaller**
62:5

smith
 :32, 77:6,
77:23
smuggle
74:4
snippet
62: 7
social
62:20, 62:2
some
5: 2, 7:7,
 7:7,  7:9,
 9:4, 27: 5,
28:22, 39:7,
39: 6, 49:6,
53:5, 54:7,
55: 3, 57:5,
57:6, 62:4,
65:9, 65: 2,
68:8, 69:3,
69: 7, 74: 9
someone
22: 6, 29: 5,
45:7
something
22: 5, 47:4,
47: 0, 59:8
sometime
9: 5
sometimes
22: 8, 25:7,
26: 2, 56:2
somewhat
64:
sorry
9: 8,  3:  ,
 8:2, 34:2 ,
39:9, 70: 7,
70:20
sort
53:5, 56: 9,
69:3
southside
7: 6, 8:8
speaking
45:9
specific
 7:3,  7:5,

24:7, 28:3,
28:7, 36:6,
36: 2, 4 :22,
42:3, 63:4
specifically
2 :2, 35: 3,
37: 6, 42: 0,
47: 5, 52: 9,
59:6
specifics
37:20
speculation
27:5, 29: 2,
30: 8, 5 :20,
58: 0, 59:4,
72:9
spoken
3:2
srobb@oag
2:23
staff
20:6, 20:2 ,
25:3, 39: 2,
42:3, 42:6,
42: 0, 63: 4,
64:7, 7 :22
stand-alone
24:8
standard
66: 4
start
5:2 , 64: 8
started
28:
state
2:22, 2:23,
9: ,  4:8,  4:9,
2 :8, 22: 0,
22:22, 23:6,
26: 8, 26:20,
37: 2, 47: 5,
77:3
states
 : , 5:6
statewide
3:9, 20:2,
20:  , 20: 5
statistics
4 : 4, 4 :22,

42:2
status
38:2
staunton
68: 4, 72: 8
step
75: 3
steps
58:2 , 65:20,
75:6
still
 4: 5, 30:2,
30:4, 6 : 4
stipulate
4:4
stop
45: 6
stopped
73:20
stopping
75: 3
storage
28:3, 28:6,
28: 4, 28: 8
storing
27: 7
street
2:8, 2: 9
strike
29: 7, 37:2 ,
48:7, 5 : 5,
68:22
string
69:20
strings
49:7
strip
50:22, 55:3
strips
62:6
studies
20:6
stuff
 0:
subject
34:4
submitted
2 :

suboxone
62:6
subsequently
7 : 8
subset
29:8
suite
2:8
super
44:
supervision
63: 9
supervisor
 4:2, 63: 5,
65:2
sure
8: 2,  6: ,
 6:4,  6: 0,
 6:  ,  7: 4,
20:2, 2 : 9,
2 :22, 30:2,
40:8, 52:3,
52:5, 60: ,
60:7, 73: 2
suspended
50:2
sussex
46: 7, 47: 9,
48:
swearing
4:5
system
3:9, 24: ,
24:8, 28:4,
32:

**T**

take
6:6, 8:7,
 0: 4,   :2,
 5: 3,  5: 4,
24: 2, 26:6,
26: 2, 26: 6,
27: , 58:22,
60: 7, 60: 9,
73:2, 75:6
taken
7: 4, 25: 2,

40:22, 65: 8,
65:2 , 7 :5,
77:7, 77:  ,
77: 6
**takes**
28:5
**taking**
76:6
**talk**
39:7, 66:22
**talked**
74: 3
**talking**
 7:4, 24:2 ,
40: 3, 4 : 3,
45: , 49: 3,
6 :6
**tampon**
38: 4, 38: 6,
42: 6, 43:22,
44:  , 44: 5,
45:9, 46:20,
47:3, 47:4,
47:5, 47: 0,
47: 4, 52:  ,
52: 6, 55:4,
55:6, 55: 6,
57: 6, 57: 9,
58:6, 58: 3,
59: , 59:7,
59:9, 59:  ,
59: 4, 59: 8,
59:2 , 6 :7,
63:5, 73: 5,
73:20
**tampons**
53: 9, 54:2,
63:4
**tape**
45:5, 45:7,
49:8, 54:  ,
54: 6, 55:5,
55: 3
**tech**
7:2
**technical**
 9:5, 64:
**technician**
2:28

**telephone**
68: 5
**tell**
 5:2 , 22:9,
34:20, 37: 5,
37: 6, 39:7,
45:22, 48: 8,
49:  , 52:22,
56: 7, 57:2,
62: , 63: 2,
68: 2, 69:7,
69: 4, 70: 0,
7 :2, 7 :2 ,
72:2
**telling**
48: 5
**tells**
 9:3, 56:2
**temporarily**
50:20
**ten**
  : 0,  5: 8,
 6:5, 60: 9,
73:2
**terabyte**
28:4, 28: 0
**term**
24:3, 24:4
**terminated**
35: 4, 38: 7
**terms**
24:20, 27: 7,
64:
**terrace**
7:
**test**
  :2
**testified**
4:2 , 33:5,
33:9, 33: 8,
77: 0
**testify**
68:7, 72: 3
**testifying**
34:5
**testimony**
4:7, 4: 5,
4:20,  8:7,

27: 5, 34: 7,
35: 8, 38: 2,
52: 7, 73: 4,
77:8, 77:
**testing**
20: 2, 2 :4,
2 :6, 2 : 0
**texas**
 4: 0
**text**
23:6
**thank**
7:4
**thanks**
73:7
**thereafter**
77: 2
**thereto**
77: 8
**thing**
50: 3, 54: 6
**things**
22: 9, 44:22,
49:8, 56:22,
57:5, 57:6,
57: 0, 59: 3,
67: 6, 75:
**think**
 4: 8, 30:9,
43: 9, 47:8,
48: 2, 48: 9,
49:3, 49:8,
54: 4, 69: 3,
72: 2, 74: 4,
74: 9, 75: 9,
75:20, 75:2
**thinking**
34:2, 54: 6,
54: 7
**third**
4 :4, 4 :6
**through**
8: 6, 9:6,
9: 4, 9: 6,
 0:4,   : ,
 4:5, 20:20,
44: 3, 44: 9,
45: 7, 58: 3,

64:8, 73: 9
**thumb**
30: 3
**thumbnails**
3 : 8
**tie**
46:  , 46: 4,
49:2, 49: 2,
49: 3, 50:4,
50:9, 53:5,
69: 9, 74:22
**ties**
49:7
**tight**
49:22
**time**
6:4,  0: 8,
 2:7,  2: 4,
 4: 9,  5:9,
 9: 0,  9:  ,
23:4, 4 : 0,
44:4, 44:8,
47:20, 58:6
**times**
 5: 8,  5:20,
 6: , 22:20,
25:8, 26:5
**today**
5: 0, 5: 7,
6: 4,  5: 0,
23:22, 68:7,
73: 4
**together**
6:4,  4:20
**toilet**
55:4, 55: 2
**told**
28:4
**took**
 3: 4, 40: 7,
40: 9, 43:3,
73:2
**top**
50:3
**totally**
6:5
**towards**
9: 5,  8: 2,

44:2 , 45: 4,
46:  , 54: 5,
6 : 3
**train**
9: 7, 9:20,
9:2 ,  3:5,
 4: 3,  4:20,
 4:22,  5:3,
39: 2
**trained**
30:7, 75:4
**trainer**
9: 7, 9: 9,
9:20,  3:5,
 4: 3,  4:20
**trainers**
9:2
**training**
3:9,   :5,
 2:4,  2:20,
 4:6,  4: 3,
 4:2 ,  5:  ,
 5: 3,  5: 7,
 6: 5,  6:20,
 7: ,  7: 8,
 9: 9, 22:2,
35:3, 37: 9,
39: 0, 43:  ,
48: 4, 57: 2,
59: 6, 69: 7,
74: 2
**trainings**
 5:7
**transcript**
3: 9, 4:9
**transcription**
5: 7
**tried**
40:5, 45: 3
**trigger**
57: 3
**triggers**
75:2
**true**
4:7, 4: 6
**trumbo**
 3:2
**truthful**
4:20

**try**
74:4
**trying**
58:3, 58: 2,
72:2
**turn**
7 : 5
**two**
  : 5,   : 6,
47:  , 48:2 ,
53:7, 6 :8,
64: 0, 68: 9,
68:20, 7 :4
**type**
69: 7
**typewriting**
77: 3
**typically**
75:2

---
             **U**
---
**uh-huh**
24:2
**unable**
29:
**uncommon**
74:8
**under**
4:7, 4: 6,
6: 8, 30:8,
43: 8, 63: 8,
77: 0, 77: 3
**understand**
5:9, 24:5, 58:4
**understanding**
27: 8, 28: 7,
40: 7, 40:2 ,
4 :3, 46: ,
73:22
**understood**
52: 7
**unique**
32:5, 32: 3
**unit**
 5:9, 20: 7,
20: 8, 20:20,
66:6
**united**
  : , 5:6

**unknown**
59:8
**unrecoverable**
29:7, 29:8
**upper**
64: 3
**upward**
69:20
**urine**
2 :
**usb**
24:  , 24: 3,
24: 8
**use**
 5: ,  5:4,
 6: 5,  7:9,
 7: 0, 20:8,
24:3, 24:4,
3 :9, 32: 5,
32: 6, 34:6,
46:4, 74:4
**using**
26: 6, 44: ,
44: 5
**utilize**
66:4
**utilized**
3 :6

---
             **V**
---
**v-d-o-c**
52:22, 54:2 ,
62: 0
**va**
2:22, 2:23
**vaginal**
38:2, 74:4
**valerie**
 :32, 77:6,
77:23
**variances**
20:7
**various**
 5: ,  9:9,
22:22
**vcn**
9:2
**vcu**
9:  ,  0:4

**vehicle**
66:5
**verbal**
5: 4
**verbatim**
69: 0
**verified**
4:
**versa**
42: 0
**vertical**
50: 2
**vertically**
46:9
**via**
23:4, 23:6,
23:  , 24: 8
**vice**
42: 0
**videoconference**
2:4, 2: 4,
76:7, 76:9
**view**
25: 6, 25: 9,
26:2, 65: 6
**violation**
26:22
**virginia**
 :2,   : 3,
 :23, 2:8, 2:9,
2: 8, 2:20, 5:7,
5:8, 7:2, 9: ,
9:3,  4:4,  4:7,
62: 8
**virtually**
 :22
**visit**
20: 9, 22: 5
**visitation**
20:  , 20: 7,
62:9
**visitor**
20:22, 25:3,
46: 7, 50: 8,
50: 9, 7 :22
**visitors**
20: 9, 32: 5,
40:4, 4 : 5,

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Yulonda Wyche
Conducted on April 23, 2021

39

```
4 : 6, 4 :22,        weren't              work                         .
45: 2                23:                   3:22, 22:9,         .5
visits               western              22: 3, 58: 3,        :
22: 7                    ,  6             7 :4                      0
vs                   whatever             working             00
 :                   28: 0, 32: 0,         0: 7, 26:3,        73:4
          W          73:5, 75:6           26:4                00087
waiving              whereby              works                :
76:3, 76:5           6: 6                 60: 9, 60:2               1
wake                 whereupon            workstation         1
77:4                 76:6, 76:8           7 :4                 :25,  :30, 4:2
want                 whether              wrapped             11
8:9,  7: 3,          25:3, 28:2 ,         45:7, 55:4,          5: 0,  6:7,
 8:  , 29:4,         29:7, 40:9,          55: 2                6: 0
36: 4, 48:5,         44: 0, 57:8,         write               1109
73: 2                59: 0                4 :6                 2:2
wanted               whichever            written             12
 8:3, 22: 6          32: 0, 32: 4         55:9, 66: 0          :25, 4:2
warden               white                wrong               126
66:7, 67: 8,         65:                  54:  , 62: 7         44: 9
68:7, 68: 0,         whitt                wrote               13
69:7, 7 :            29:20                4 : 0               76:6
watch                whole                wyche               14
 2: 6                60: 8                 :2 , 3:2,           5:8
way                  window               4: 2, 4: 4,         140
4: 0,  5: 2,         26:3, 26:4           4: 9, 5:2, 6: 2,    2:8
23: 6, 24:9,         wish                 73:                 15
24: 2, 49:8,          8:8                      X               6: 0, 73:3
67:6                 wishing              x                   17
we'll                20: 9                 :5,  : 7           3:9
 7: 2, 39:7,         within               x-ray              1996
73:4                 66:                  3:8, 42:22          7: 0
we're                without                   Y             19981560010
 6:9,  7:4,          59: 2                yeah                77:24
23: 8, 40: 3,        witness              2 :5, 24:9,         1999
43:2 , 45: 6,        4:5, 4:6, 4:  ,      46:6, 49: 6,        8:6
5 :  , 5 : 7,        4: 7, 33: 0,         50:2                     2
53:4, 75: 9          76:2, 76:9,          year                2
we've                77:8, 77:            29:5                60:20
48:20, 6 :8,         woman                yourself            20
65:9, 65: 2,         37:22, 4 :5,          8: 9                :  ,  :8
74: 3                4 :                  yulonda             2002
wearing              women                 :2 , 3:2,          8: 9
46: 9, 73:20         4 : 7                4: 2, 4: 9, 6: 2    2007
website              woodson                   Z             8:2
43:7                 2:27, 68: 0,         zoom
went                 7 :                  56: 6
7: 6                 words
                     9: 8
```

```
2008                  367574
9:                     :28
2014                  ────── 4 ──────
9:5                   42
2016                  4 :2
8:9, 9: 3,            44
 0:9,  0: 2           42:
2017                  445.1
9: 5,   3:4,          66:20
 5:2                  47
2018                  40:3
9:9,  0: ,            48
 8: 3, 55: 8          40:6
2019                  4848
 8: 3, 20: 0,         2: 0
29:4, 3 :6,           ────── 5 ──────
40: , 62: 2           50
202                    5:20
2: 9                  5609
2021                  7:
 :24, 77:20           ────── 6 ──────
22                    648
3: 4                  2: 0
23                    676
 :24                  62:6
23219                 6th
2:9, 2:20             77:20
23234                 ────── 7 ──────
7:2                   73
25                    3:4
 6:                   75
29                    3:3
60:20                 77
────── 3 ──────        :30
3                     786
73:4, 76:6            2:2
302                   ────── 8 ──────
2:8                   804
346                   2: 0, 2:2
52:22                 ────── 9 ──────
347                   9th
45:22, 52:22,         2: 9
53:6
353
54:2
360
62:
```