IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

|  |  |  |
|---|---|---|
| JOYCE FLORES, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5:20-cv-00087 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| VIRGINIA DEPARTMENT OF | ) | By:    Hon. Thomas T. Cullen |
| CORRECTIONS, | ) |         United States District Judge |
| | ) | |
| Defendant. | ) | |

For the reasons stated in the accompanying memorandum opinion, Flores's motion *in limine* to exclude the expert testimony of Yulonda Wyche (ECF No. 52) is **GRANTED in part** and **DENIED in part**; VDOC's motion *in limine* to exclude the expert testimony of Dr. Maria Christina Munoz (ECF No. 54) is **GRANTED in part** and **DENIED in part**; VDOC's motion *in limine* to exclude the expert testimony of Dr. Keyhill Sheorn (ECF No. 60) is **GRANTED**; and VDOC's motion *in limine* to exclude the expert testimony of Dr. Jordan Haber (ECF No. 75) is **DENIED**.

The Clerk is directed to forward a copy of this Order and the Memorandum Opinion to all counsel of record.

**ENTERED** this 17th day of December, 2021.

*/s/ Thomas T. Cullen*
_____
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE