# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## HARRISONBURG DIVISION

### CIVIL MINUTES – JURY TRIAL
Day 1

Case No.: 5:20CV87                Date: 9/13/2022

**Joyce Flores**                                          Counsel: Paul Falabella
Plaintiff(s)

v.                                                        Counsel: Katherine Londos
                                                                   Nathan Schnetzler
**Virginia Department of Corrections**
Defendant(s)

PRESENT:   JUDGE:            Elizabeth K. Dillon
           TIME IN COURT:    8:57a-10:32a, 10:48a-12:22p, 1:25p-2:27p, 2:39p-4:48p; 6h 19m
           Deputy Clerk:     K. Anglim
           Court Reporter:   Lisa Blair

### LIST OF WITNESSES

| PLAINTIFF | DEFENDANT |
|---|---|
| 1. Jatanna Clifton | None. |
| 2. Yulonda Evans |  |
| 3. John Woodson |  |
| 4. Joyce Flores |  |

PROCEEDINGS:
　　Panel 1 of 18 jurors present and sworn on Voir Dire. Panel 2 dismissed.
　　2 jurors struck for cause.
　　3 jurors struck by Plaintiff.
　　3 jurors struck by Defendant.
　　8 member jury impaneled and sworn. Remaining jurors discharged.
☒　Preliminary remarks and instructions to jury by Court.
☒　Plaintiff's Motion to Exclude Witnesses from Courtroom granted.
☒　Opening Statements.
☒　Plaintiff presents evidence.