# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## HARRISONBURG DIVISION

### CIVIL MINUTES – JURY TRIAL
Day 2

| | |
|---|---|
| Case No.: 5:20CV87 | Date: 9/14/2022 |

**Joyce Flores**
Plaintiff(s)

Counsel: Paul M. Falabella

v.

Counsel: Nathan Schnetzler
Katherine Londos

**Virginia Department of Corrections**
Defendant(s)

PRESENT:
- JUDGE: Elizabeth K. Dillon
- TIME IN COURT: 9:12a-10:23a, 10:36a-12:12p, 1:19p-2:19p; 3h 47m
- Deputy Clerk: K. Anglim
- Court Reporter: Lisa Blair

### LIST OF WITNESSES

| PLAINTIFF | DEFENDANT |
|---|---|
| 1. Dr. Jordan Haber | 1. Lisa Quesenberry |
| 2. Dr. Maria Christina Muñoz | 2. Benjamin Lokey |
| | 3. Preston S. Henderson |
| | 4. Dr. Steven W. Smith |

PROCEEDINGS:
- ☒ Plaintiff continues presentation of evidence.
- ☒ Plaintiff rests.
- ☒ Defendant Motion for Judgment as a Matter of Law
  Court ☒ denies
- ☒ Defendant presents evidence.
- ☒ Defendant rests.
- ☒ Direct, Cross, Rebutal – Objections and rulings thereon as noted in the record.
- ☒ Off Record Charge Conference

Additional Information:
Counsel to report at 8:30 am on Thursday 9/15.