# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## HARRISONBURG DIVISION

### CIVIL MINUTES – JURY TRIAL
Day 3

**Case No.:** 5:20CV87    **Date:** 9/15/2022

---

**Joyce Flores**
Plaintiff(s)

Counsel: Paul M. Falabella

v.

Counsel: Nathan Schnetzler
Katherine Londos

**Virginia Department of Corrections**
Defendant(s)

---

PRESENT:
- JUDGE: Elizabeth K. Dillon
- TIME IN COURT: 8:30a-9:53a, 11:53a-12:10p; 1 h 40m
- Deputy Clerk: K. Anglim
- Court Reporter: Lisa Blair

PROCEEDINGS:
- ☐ Court Grants Plaintiff's Motion for Judgment as a Matter of Law.
- ☒ Parties present by counsel outside the presence of the jury to note objections to jury instructions.
- ☒ Closing Arguments.
- ☒ Jury Instructions given to jury.
- ☒ Jury Verdict: in favor of Plaintiff. Damages awarded in the amount of $85,000.00.
- ☒ Jury polled.
- ☒ Jury discharged

Additional Information:
Court will delay entry of Judgment.
Counsel to contact chambers to set hearing for remaining damages. Est. time: 2 hours.
Briefing schedule as follows: Plaintiff 21 days, Defense 21 days to respond, Plaintiff 14 days for reply.