IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

JOYCE FLORES                          )
                                      )
        Plaintiff,                    )     Civil Action No. 5:20-cv-00087
                                      )
v.                                    )
                                      )     By: Elizabeth K. Dillon
VIRGINIA DEPARTMENT OF                )           United States District Judge
CORRECTIONS,                          )
                                      )
        Defendant.                    )

**ORDER AND FINAL JUDGMENT**

In accordance with the accompanying memorandum opinion entered this day and the

jury's verdict on September 15, 2022 (Dkt. No. 59), it is hereby ORDERED and ADJUDGED

that:

1. VDOC's motion for judgment as a matter of law (Dkt. No. 198) is DENIED;

2. Flores's motion for back pay (Dkt. No. 192) is GRANTED IN PART and

   DENIED IN PART;

3. Flores's motion for attorney's fees and costs pursuant to 42 U.S.C. § 2000e-5(k)

   (Dkt. No. 194) is GRANTED IN PART, DENIED IN PART, and DENIED IN

   PART WITHOUT PREJUDICE;

4. Judgment is entered in favor of Flores and against VDOC in the amount of

   $85,000 in damages, $93,808 in back pay with 6% per annum prejudgment interest

   accruing from July 31, 2019, $147,842.50 in attorneys' fees, and $17,045.22 in

   costs; and

5. This matter is STRUCK from the active docket of this court.

If Flores wishes to file a renewed motion for costs with regard to her expert witness costs

only, she should do so no later than 14 days after the entry of this order.  Any such motion should include detailed information pertaining to the reasonableness of her expert witness costs, including a breakdown of hours spent by each expert on tasks for which they charged a flat rate and any information about payments already made by VDOC to either expert.  In briefing that motion, and if any party so chooses, it may incorporate by reference any portion of the prior briefing, affidavits, or exhibits offered in support of the prior motions for costs.  To do so, the party must refer to the arguments, affidavits, or exhibits by docket number and page number.

The Clerk shall send a copy of this order and final judgment and the accompanying memorandum opinion to all counsel of record.

Entered: September 27, 2023.

*/s/ Elizabeth K. Dillon*
Elizabeth K. Dillon
United States District Judge